1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

9

10   JAY CLOGG REALTY GROUP, INC.,          )    CIVIL ACTION NO. 13-cv-00662
                                            )
11                        Plaintiff,        )
                                            )    **DECLARATION OF LACEY RACINES**
12        vs.                               )    **RE: NOTICE PROCEDURES**
                                            )
13   BURGER KING CORPORATION                )
                                            )
14                        Defendants.       )

15

16   I, **Lacey Racines**, declare:

17        1.      I am a Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland

18   Way, Suite 250, Novato, California.  I am over 21 years of age and am not a party to this action.  I have

19   personal knowledge of the facts set forth herein and, if called as a witness, could and would testify

20   competently thereto.

21        2.      The purpose of this declaration is to provide the Parties and the Court with a summary

22   and the results of the work performed by KCC related to the Notice Procedures for the *Jay Clogg Realty*

23   *Group Inc. v. Burger King Corporation* settlement following the Preliminary Approval.

24        3.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715,

25   KCC compiled a CD-ROM containing the following documents: Class Action Complaint, Defendant's

26   Answer, Affirmative Defenses to Plaintiff's Complaint, Plaintiff' Unopposed Motion for Preliminary

27   Approval of Class Settlement and Conditional Certification of Class and Entry of Scheduling Order,

28   Plaintiff's Memorandum in Support of its Motion for Preliminary Approval of Class Settlement and

1   Conditional Certification of Class and Entry of Scheduling Order, Declaration of Edward A. Broderick

2   in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and

3   Conditional Certification of Class And Entry of Scheduling Order, Declaration Anthony I. Paronich in

4   Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and Conditional

5   Certification of Class And Entry of Scheduling Order, Declaration of Matthew P. McCue in Support of

6   Plaintiff's Motion for Class Certification, Declaration of Stephen H. Ring in Support of Plaintiffs'

7   Motion for Class Certification, draft Order Granting Preliminary Approval of Stipulation and Agreement

8   of Settlement, Conditional Class Certification, Notice of Settlement Class Members and Entry of

9   Scheduling Order, Claim Form, Direct Mail Notice, Facsimile Notice, Long Form Notice, Publication

10   Notice, Stipulation and Agreement of Settlement, [Proposed] Final Approval Order and Judgment, Class

11   Member List, Memorandum Opinion (issued April 16, 2014), and a cover letter (collectively, the "CAFA

12   Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

13        4.     On November 26, 2014, KCC caused sixty-two (62) CAFA Notice Packets to be mailed

14   via Priority Mail from the U.S. Post Office in Novato, California to the parties listed on Exhibit B, *i.e.*,

15   the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia,

16   as well as parties of interest to this Action.

17        5.     On February 23, 2015, KCC received notification from Counsel that the U.S. Department

18   of Justice had received a damaged/broken CD with their CAFA package. The U.S. Department of

19

20   Justice requested the documents contained on the CD be emailed directly to one of their personnel.

21   KCC provided all documentation to the email address provided on February 23, 2015. As of the date of

22   this Declaration, KCC has not received any additional inquiries from any of the recipients identified in

23   paragraph 4 above.

24        6.     KCC was retained to, among other tasks, mail the Legal Notice by Order of the United

25   States District Court for the District of Maryland (the "Long Form Notice") and Proof of Claim Form

26   (the "Claim Form"), to fax the Legal Notice and Claim Form (the "Fax Form"), and to publish the

27   Summary Notice. Copies of the Long Form Notice, and Claim Form, Fax Form, and Summary Notice

28   are attached hereto as Exhibits C through F, respectively.

7. On October 3, 2014, KCC received from the Defendant a computerized list of 97,382 names, addresses, and number of attempts, characterized as the Class Member List, i.e., all persons or entities within the United States to whom Defendant sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014. KCC was later provided with an additional computerized list of 111,642 records of transactional data, which data included the number of facsimile attempts by Defendant per phone number.

8. On or around December 11, 2014, KCC caused the addresses in the Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service. New addresses were found for 4,708 class members. The Class Member List was updated with these new addresses.

9. During data analysis, KCC identified six (6) records containing an invalid fax number and no mailing address. These records were removed from the Class List. KCC also identified 13 fax numbers in the transactional data that did not exist in the original data file. KCC added these 13 records, resulting in 97,389 Class Member names with fax numbers and/or addresses remaining on the Class Member List. Of these 97,389 Class Member names, 97,389 contained a fax number and 97,275 contained an address.

10. On or before January 9, 2015, KCC caused a toll-free telephone number to be established, and the staff members of the KCC Call Center to be trained in the details of this settlement, so that they could provide information about filling out the Claim Form and receive requests for Notices and Claim Forms.

11. On or before January 9, 2015, KCC caused an Interactive Voice Response (the "IVR") system to be established (877-595-0473) to provide information about the settlement and to record requests for the Claim Form and Notice.

12. On or before January 9, 2015, KCC caused a website to be established (http://www.BKFaxSettlement.com/) to provide information about the settlement and to allow Class Members to download copies of the Claim Form and Long Form Notice.

Declaration of Lacey Racines Re: Notice Procedures

13.     On or before January 9, 2015, KCC caused the Notice to be printed, and each of the names and addresses of the class members to be printed on Claim Forms.  KCC then caused a Notice and Claim Form to be inserted into a window envelope for each Class Member (the "Notice Packets").

14.     On January 9, 2015, KCC caused the 97,270 Notice Packets to be mailed to those Class Members with a complete address by First Class postage at the U.S. Post Office in Burr Ridge, Illinois.

15.     On January 9, 2015, KCC caused the 97,384 Fax Notices to be generated and to be sent to those Class Members with a valid fax number.

16.     On January 9, 2015, KCC initiated an internet banner ad campaign.  Copies of the internet banner ads are attached hereto as Exhibit G.

17.     On the dates listed below, KCC caused the Summary Notice to be published in the following newspapers.

     a.   *Baltimore Sun* – January 9, 2015

     b.   *Fort Lauderdale Sun Sentinel* – January 12, 2015

     c.   *Houston Chronicle* – January 12, 2015

     d.   *Miami Herald* – January 9, 2015

     e.   *New York Post* – January 9, 2015

     f.   *New York Times* – January 9, 2015

     g.   *Washington Post (Alexandria Zone)* – January 15, 2015

     h.   *Washington Times* – January 9, 2015

The Affidavits of Publication for all the newspaper are attached hereto as Exhibit H.

18.     On February 6, 2015, KCC was notified that the Court approved that supplemental notice be sent to those Class Members who had not yet filed a claim.  The Plaintiff's Unopposed Motion to Supplement Class Notice stipulates that KCC mail the Legal Notice postcard (the "Reminder Postcard") and fax the Legal Notice and Claim Form (the "Reminder Fax Form") to those Class Members that had not yet filed a claim.  Copies of the Reminder Postcard and Reminder Fax Form are attached hereto as Exhibits I and J.

19.     On or before February 18, 2015, KCC caused the Reminder Postcard to be printed, and each of the names and addresses of the class members to be printed on those postcards.

1       20.   On February 18, 2015, KCC caused 95,332 Reminder Postcards to be mailed to those

2   Class Members with a complete address and without a claim on file by First Class postage at the U.S.

3   Post Office in Santa Ana, California.

4       21.   On February 18, 2015, KCC caused 42,130 Reminder Fax Notices to be generated and

5   sent to those Class Members with a valid fax number and without a claim on file.

6       22.   169 Notice Packets were returned to KCC by the U.S. Postal Service with forwarding

7   addresses.  KCC caused the Class Member List to be updated with the new addresses and Notice Packets

8   to be re-mailed to the class members at each of these new addresses.

9       23.   33,473 Notice Packets were returned to KCC by the U.S. Postal Service without

10   forwarding addresses.  KCC conducted address searches using credit and other public source databases

11   to locate new addresses for 33,119 of these class members.  354 Notice Packets were received as

12   undeliverable close to the date of this declaration and so have not yet been searched.  28 class members

13   were not searched because they had previously contacted KCC to advise us of their new address or they

14   had already filed a claim.  Of the 33,119 class members searched, new addresses were found for 6,208

15   of them and no new addresses were found for 26,911 of them.  The Class Member List was updated with

16   these new addresses and Notice Packets were re-mailed to these class members using the new addresses.

17       24.   Of the 6,208 class members with newly found addresses, 4,476 were returned by the U.S.

18   Postal Service once more without a forwarding address.  These addresses were not searched again.

19       25.   Altogether, there are 31,387 class members with known bad addresses (4,476 mailed,

20   returned, searched, re-mailed and returned once more by the U.S. Postal Service a second time and

21   26,911 searched without a new address being found).

22       26.   17 calls have been handled by the KCC Call Center.  Of these callers, one requested a

23   Notice Packet.  The Notice Packet request has been fulfilled.

24       27.   471 calls have been received by the IVR at KCC.  Of these callers, 18 requested a Notice

25   Packet.  All Notice Packet requests have been fulfilled.

26       28.   KCC has received four (4) Requests for Exclusion.  A list of the individuals requesting

27   exclusion and copies of the exclusion requests are attached hereto as Exhibit K. The only Objection filed

28   in this case is the Objection filed with the court on March 9, 2015 (Dkt. 96) on behalf of Eric Goldstein,

1  Ph.D d/b/a Sports Psychology Center, Neff Corp. and Sonia Blair.

2       29.     8,391 Claim Forms have been filed by Class Members, claiming for 22,409 facsimiles.

3  Given the number of facsimiles claimed, assuming approval of the requested attorneys' fees and

4  expenses, the Settlement Fund will be exhausted through the payment of (a) the Cash Benefits paid to

5  Claimants who submit a Valid Claim Form; (b) the requested Attorneys' Fees ($2,833,050) and

6  Attorneys' Costs ($78,259.68) awarded by the Court; (c) the Incentive Award; and (d) the Settlement

7  Administration Costs.  Because Approved Claims to be paid out of the Settlement Fund will necessarily

8  exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a pro rata

9  proportion.  Assuming payment of all of the requested Attorneys' Fees and Costs, and administrative

10  costs already incurred, the pro rata payout per fax will be approximately $233.33.

11       30.     Accordingly, after Claimants cash their checks, there won't be anything to distribute to

12  the Court's *cy pres* designee, other than perhaps an amount to reflect a sum that cannot be divided

13  evenly between the number of claimants, or if a claimant fails to cash the payout check for which it

14  submitted a claim.

15       31.     As to the Objectors, the transactional data reflects that one fax attempt was made to each

16  of the facsimile numbers identified by objectors Neff Corp. (305-513-4159), Eric Goldstein, Phd. (305-

17  662-4668), and Sonia Blair (305-446-8747).

18

19  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true

20  and correct to the best of my knowledge and that this declaration was executed this 1st day of April 2015

21  at Novato, California.

22

23  

24  _____
          Lacey Racines

25

26

27

28

Declaration of Lacey Racines Re: Notice Procedures

# Exhibit A



<div align="right">

75 Rowland Way    415-798-5900 PHONE
Suite 250         415-892-7354 FAX
Novato, CA 94945   kccllc.com

</div>

November 26, 2014

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

BRODERICK LAW, P.C. represents Jay Clogg Realty Group, Inc ("Jay Clogg") in a putative class action lawsuit entitled *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Case No. 8:13-cv-00662-PWG. The lawsuit is pending before the Honorable George Jarrod Hazel in the United States District Court for the District of Maryland. This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on November 21, 2014.

| | |
|---|---|
| **Case Name:** | *Jay Clogg Realty Group, Inc. v. Burger King Corporation* |
| **Case Number:** | 8:13-cv-00662-PWG |
| **Jurisdiction:** | United States District Court, District of Maryland |
| **Date Settlement Filed with Court:** | November 21, 2014 |

      Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

      1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint* and *Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint* are included on the enclosed CD Rom.



«First» «Last»
November 26, 2014
Page 2

2.    **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  As of November 26, 2014, the Court has not yet scheduled a final fairness hearing in this matter.  Plaintiff filed *Plaintiff' Unopposed Motion for Preliminary Approval of Class Settlement and Conditional Certification of Class and Entry of Scheduling Order* and draft *Order Granting Preliminary Approval of Stipulation and Agreement of Settlement, Conditional Class Certification, Notice of Settlement Class Members and Entry of Scheduling Order* requesting that a hearing take place before the Honorable George Jarrod Hazel.    Copies of *Plaintiff' Unopposed Motion for Preliminary Approval of Class Settlement and Conditional Certification of Class and Entry of Scheduling Order, Plaintiff's Memorandum in Support of its Motion for Preliminary Approval of Class Settlement and Conditional Certification of Class and Entry of Scheduling Order, Declaration of Edward A. Broderick in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and Conditional Certification of Class And Entry of Scheduling Order, Declaration Anthony I. Paronich in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and Conditional Certification of Class And Entry of Scheduling Order, Declaration of Matthew P. McCue in Support of Plaintiff's Motion for Class Certification, Declaration of Stephen H. Ring in Support of Plaintiffs' Motion for Class Certification,* and draft *Order Granting Preliminary Approval of Stipulation and Agreement of Settlement, Conditional Class Certification, Notice of Settlement Class Members and Entry of Scheduling Order* are included on the enclosed CD Rom.

3.    **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** ·Copies of the *Claim Form, Direct Mail Notice, Facsimile Notice, Long Form Notice,* and *Publication Notice* to be provided to the class are included on the enclosed CD Rom.

4.    **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Stipulation and Agreement of Settlement* with accompanying Exhibits is included on the enclosed CD Rom.

5.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  As of November 26, 2014, no other settlement or agreement has been entered into by the parties to this Action.

6.    **28 U.S.C. § 1715(b)(6) – Final Judgment:**  No Final Judgment has been reached as of November 26, 2014, nor have any Notices of Dismissal been granted at this time.  A copy of the *{Proposed} Final Approval Order and Judgment* is included on the enclosed CD Rom.



«First» «Last»
November 26, 2014
Page 3

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  Pursuant to 28 U.S.C. § 1715(b)(7)(A), a list of known class member names and their Cities and States of residence is included on the enclosed CD Rom. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 97,382 individuals in the class.

8.  **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  A copy of the *Memorandum Opinion* issued on April 16, 2014 by the Honorable Pal W. Grimm, United States District Judge, is included on the enclosed CD Rom.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Anthony I. Paronich (Anthony@broderick-law.com) of BRODERICK LAW, P.C., immediately so that Jay Clogg can address any concerns or questions you may have.

Thank you.

Sincerely,

/s/
Patrick M. Passarella
Senior Vice President

Enclosure – CD Rom

# Exhibit B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Suthers | John | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 8106 |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Holder, Jr. | Eric H. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Biden II | Joseph R. | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32309-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | P.O. Box 629 | | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | John | Utah Office of the Attorney General | 1325 Washington St. SE | 505 N State St | Salt Lake City | UT | 84114-0810 |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg | 200 W 24th St | Cheyenne | WY | 82002 |
| Lutu | Afoa Leulumoega | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | P.O. Box 40100 | Pago Pago | AS | 96799 |
| Rapadas | Leonardo M. | Attorney General of Guam | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | GU | 96913 |
| San Nicolas | Joey Patrick | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902-0192 |
| Frazer | Vincent | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Broderick | Edward A. | Broderick Law, P.C. | 125 Summer St. | Suite 1030 | Boston | MA | 02110 |
| Parentich | Anthony I. | Broderick Law, P.C. | 125 Summer St. | Suite 1030 | Boston | MA | 02110 |
| McCue | Matthew P. | The Law Office of Matthew P. McCue | 340 Union Avenue | | Framingham | MA | 01702 |
| Ring | Stephen H. | Law Offices of Stephen H. Ring, P.C. | 506 Main St. | Ste 215 | Gaithersburg | MD | 20878 |
| Mazzuochi | Lauri Anne | Kelley Drye and Warren LLP | 200 Kimball Drive | | Parsippany | NJ | 07054 |

Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JAY CLOGG REALTY GROUP, INC.,<br>Plaintiff<br><br>vs.<br><br>BURGER KING CORPORATION<br>Defendant. | CIVIL ACTION NO. 13-cv-00662 |

## LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

# IF YOU RECEIVED AN UNSOLICITED FACSIMILE ADVERTISEMENT FROM BURGER KING CORPORATION, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.

### PLEASE DO NOT CONTACT BURGER KING CORPORATION OR THE COURT FOR INFORMATION

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*Si usted recibió un anuncio no solicitado por fax de Burger King Corporation, podría recibir un pago de un arreglo de acción de clase.*

*Si desea recibir esta notificación en español, visite nuestra página web o llámenos.*

A proposed national settlement has been reached in class action proceedings alleging that Burger King Corporation violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* by allegedly sending or attempting to send unsolicited advertisements by facsimile. Burger King Corporation denies the allegations in the lawsuit. You may be a member of the Settlement Class whose rights are affected by this lawsuit. The sole purpose of this Long Form Notice is to inform you of the Settlement Agreement so that you may decide what steps to take in relation to it.

The parties have engaged in comprehensive settlement negotiations and information exchanges. Following the parties' negotiations, the parties have reached an agreement (the "Settlement Agreement") providing for Settlement of the Action, and all claims related to the allegation that Burger King Corporation sent or attempted to send advertisements by facsimile. The Settlement Agreement affects all persons or entities within the United States to whom Burger King Corporation sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014. Defined terms, other than those defined in this Long Form Notice, shall have the meaning set forth in the Settlement Agreement. A copy of the Settlement Agreement is posted on the Settlement Website at www.BKFaxSettlement.com.

The Settlement, if approved, would provide $8,500,000.00 to pay any and all Claims from those who received any unsolicited facsimile advertisements from or on behalf of Burger King Corporation, as well as to pay Plaintiff's attorneys' fees, costs, an incentive award for the Class Representative, and the administrative costs of the Settlement; it avoids the further cost and risk associated with continuing the lawsuit; pays money to Class Members who make valid and timely claims; and releases Burger King Corporation from further liability.

Class Counsel (listed below) believe that the claims asserted in the Action have merit, but that the Settlement, described below, is in the best interests of the Settlement Class. Class Counsel have evaluated information made available in the course of the Action and settlement negotiations and have taken into account the risks and uncertainties of proceeding with this litigation. Those risks include the uncertainty of prevailing on the merits, proving substantial damages at trial, and prevailing on post-trial motions and likely appeals. Based upon their consideration of these factors, and on the substantial time and expense that will be incurred, Class Counsel believe it is in the best interests of the Settlement Class to settle the Action and the Class Released Claims on the terms described below.

Burger King Corporation denies any wrongdoing and does not believe that it has any liability to the Class Representative or the Settlement Class. However, Burger King Corporation believes that it is in its best interest to settle the Action, under the terms of the Settlement Agreement and obtain closure on these matters for the purpose of avoiding the uncertainties, expense, and diversion of business resources resulting from further litigation.

This notice does not imply that there have been or would be any findings of violation of the law by Burger King Corporation or that recovery could be had in any amount if the Action were not settled.

The following is a summary of pertinent provisions of the Settlement Agreement and is not a complete statement of the Settlement or of the Action. To take effect, the Settlement Agreement must be approved by the Court.

**Your legal rights are affected whether you act or do not act. Read this notice carefully.**

**On the website, www.BKFaxSettlement.com, there is a complete notice of the Settlement in Spanish.**

**En el sitio web, www.BKFaxSettlement.com, hay una notificación completa del acuerdo en Español.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **OPTION** | **RESULT** |
| SUBMIT A CLAIM | This is the only way to get a payment from the Settlement. You can submit a valid and timely Claim Form online at www.BKFaxSettlement.com, by mail to Burger King Fax Class Action Settlement Administrator, P.O. Box 33335, Providence, RI 02940-3335, or by email to Admin@BKFaxSettlement.com. Claims will not be accepted by telephone. If you fail to submit a claim, you will not be eligible to receive a Cash Benefit. The deadline for submitting a claim is March 9, 2015. |
| DO NOTHING | You will not receive a Cash Benefit and you will give up the right to sue Burger King Corporation separately for the legal claims in this case and released by the Settlement. |
| EXCLUDE YOURSELF OR "OPT OUT" OF THE SETTLEMENT | If you ask to be excluded, also known as "opting out," you will get no Cash Benefit from the Settlement, but you may be able to pursue or continue your own lawsuit against Burger King Corporation about the legal claims in this case. |
| OBJECT | Write to the Court about why you believe the Settlement is unfair. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the Settlement. |

These rights and options - and the deadlines to exercise them - are explained in this notice. The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

BKJNOT1

BASIC INFORMATION.................................................................................................................................PAGE 2
1.    Why is there a notice?
2.    What is this class action lawsuit about?
3.    Why is there a Settlement?

WHO IS IN THE SETTLEMENT..................................................................................................................PAGE 2
4.    How do I know if I am part of the Settlement?

THE SETTLEMENT BENEFITS - WHAT YOU GET.............................................................................PAGE 3
5.    What does the Settlement provide?

HOW YOU GET A PAYMENT....................................................................................................................PAGE 3
6.    How and when can I get a payment?
7.    What am I giving up to get a payment or stay in the Settlement Class?

EXCLUDING YOURSELF FROM THE SETTLEMENT.......................................................................PAGE 3
8.    How do I exclude myself from the Settlement?

THE LAWYERS REPRESENTING YOU...................................................................................................PAGE 3
9.    Do I have a lawyer in this case?
10.   How will the lawyers and Class Representatives be paid?

OBJECTING TO THE SETTLEMENT.......................................................................................................PAGE 4
11.   How do I tell the Court that I do not think the Settlement is fair?

THE COURT'S FAIRNESS HEARING.......................................................................................................PAGE 4
12.   When and where will the Court decide whether to approve the Settlement?
13.   May I speak at the hearing?

IF YOU DO NOTHING..................................................................................................................................PAGE 4
14.   What happens if I do nothing at all?

GETTING MORE INFORMATION............................................................................................................PAGE 4
15.   How do I get more information?

<div align="center">BASIC INFORMATION</div>

**1.    Why is there a notice?**

A Court authorized this notice because you have a right to know about a proposed Settlement of this putative class action lawsuit, and about all of your options, before the Court decides whether to approve the Settlement. If the Court approves the Settlement and after any objections or appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows. Because your rights will be affected by this Settlement, it is extremely important that you read this notice carefully.

If you received notice via postcard and/or facsimile, it is because according to Burger King Corporation's records, you may have been sent and/or received one or more unsolicited facsimile advertisements from Burger King Corporation promoting its goods or services between March 1, 2009 to November 17, 2014.

The Court in charge of the case, the United States District Court for the District of Maryland, and the case is a putative class action known as *Jay Clogg Realty Group Inc. v. Burger King Corporation*, C.A. No. 13-cv-00662 (D. Md.) (the "Action"), has preliminarily approved the proposed Settlement. This Action was brought by Jay Clogg Realty Group, Inc., also known as the "Plaintiff" or "Class Representative." The Plaintiff sued Burger King Corporation, also known as "Defendant." The proposed Settlement would resolve all claims in this Action.

**2.    What is this class action lawsuit about?**

A class action lawsuit is a lawsuit in which the claims and rights of many people are decided in a single court proceeding. Representative plaintiffs, like the Class Representative here, assert claims on behalf of themselves and on behalf of the entire class.

The Class Representative filed this Action alleging that Burger King Corporation violated the TCPA by sending or attempting to send advertisements via facsimile without the consent of the recipients and without including certain opt-out language required by the TCPA.

Burger King Corporation denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

**3.    Why is there a Settlement?**

The Court did not decide in favor of the Class Representative or Burger King Corporation. Both sides agreed to a settlement instead of going to trial. That way, they avoid the cost of a trial, and the people affected will get compensation. The Class Representative and its attorneys think the Settlement is best for all Settlement Class Members. The Court has granted preliminary approval of the Settlement and ordered this notice be distributed to explain it.

<div align="center">WHO IS IN THE SETTLEMENT</div>

**4.    How do I know if I am part of the Settlement?**

The Settlement provides relief for all Settlement Class Members, who are described by the Settlement Agreement as:

> all persons or entities within the United States to whom Defendant sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014.

The Parties agree that there are approximately 97,000 unique facsimile numbers associated with the Settlement Class. Excluded from the Settlement Class are the following: (1) any trial judge that may preside over this case; (2) Burger King Corporation, as well as any parent, subsidiary, affiliate or control person of Burger King Corporation, and the officers, directors, agents, servants or employees of Burger King Corporation; (3) any of the Released Parties; and (4) the immediate family of any such person(s).

"Released Parties," as used above, means (a) Burger King Corporation; (b) Burger King Corporation's counsel; (c) Burger King Corporation's past, present, and future direct and indirect owners, parents, subsidiaries, and other corporate affiliates; (d) Burger King Corporation's successors and predecessors and their past, present, and future direct and indirect owners, parents, subsidiaries, and other corporate affiliates; (e) all entities with which Burger King Corporation contracted with or engaged to send advertising facsimiles, or from which to obtain facsimile numbers; and (f) for each of the foregoing Persons, each of their past, present, or future officers, directors, shareholders, owners, employees, representatives, agents, principals, partners, members, administrators, legatees, executors, heirs, estates, predecessors, successors, or assigns.

If you have questions about whether you are a Settlement Class Member, or are still not sure whether you are included in the Settlement, you can call the Settlement Administrator toll-free at 1-877-595-0473 or visit www.BKFaxSettlement.com for more information. Please do not call Burger King Corporation or the Court for any information related to this notice or the Settlement.

## THE SETTLEMENT BENEFITS - WHAT YOU GET

**5.    What does the Settlement provide?**

Defendant has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs. The Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs will be paid from the Settlement Fund prior to any distribution of Cash Benefits to the Settlement Class.

Settlement Class Members who submit Approved Claims will be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). The Settlement Administrator will verify that the facsimile numbers for which Claimants seek recovery appear in the records related to this case before approving Claims. Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims to be paid out of the Settlement Fund exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a *pro rata* proportion.

Any residual amount remaining after all the payments included in the Settlement are made, if any, will be donated to charitable organizations pursuant to the procedures described in the Settlement Agreement.

## HOW YOU GET A PAYMENT

**6.    How and when can I get a payment?**

Each Settlement Class Member who submits a valid and timely Claim Form will receive a Cash Benefit. Claims may be submitted electronically at www.BKFaxSettlement.com, by mail to Burger King Fax Class Action Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335, or by email to Admin@BKFaxSettlement.com. Claims may not be submitted by telephone. The Settlement Administrator, Class Counsel and Burger King Corporation each have the right to verify claims.

The Court will hold a hearing on April 15, 2015 to decide whether to approve the Settlement. If the Settlement is approved, appeals may still follow. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

**7.    What am I giving up to get a payment or stay in the Class?**

If you are a Settlement Class Member, unless you exclude yourself, that means that you cannot sue, continue to sue, or be part of any other lawsuit against Burger King Corporation about the legal issues in *this* case, and all of the decisions and judgments by the Court will bind you.

For unsolicited facsimile advertisements, the TCPA provides for damages of $500.00 per facsimile, and up to $1,500.00 per fax if sending the facsimile is found to be willful. However, Burger King Corporation has denied that it sent facsimiles that violated the TCPA or any other law, that Plaintiff and the putative class are entitled to any relief, and that the allegations contained in the Complaint are amenable to class certification. In addition, please note that the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs.

If you file a Claim Form for benefits or do nothing at all, you will be unable to file your own lawsuit involving all of the claims described and identified herein, and you will release Burger King Corporation from any liability.

Remaining in the Settlement Class means that you, as well as your respective assigns, heirs, executors, administrators, successors and agents, will release, resolve, relinquish and discharge Burger King Corporation and the Released Parties from any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys' fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law, or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or relate in any way to Burger King Corporation's sending of facsimiles to Settlement Class Members from March 1, 2009 to November 17, 2014 (the "Released Claims"). Released Claims include all TCPA claims and all state law claims arising out of the alleged sending of facsimiles. Remaining in the Settlement Class also means that you agree that you will not institute any action or cause of action (in law, in equity or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal or local government agency or with any administrative or advisory body, arising from or reasonably related to the Released Claims.

The Settlement Agreement (available at www.BKFaxSettlement.com) provides more detail regarding the release and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Settlement Class listed in Question 9 for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the Released Claims or what they mean.

The release does not apply to Settlement Class Members who timely opt out of the Settlement.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, and you want to keep the right to sue or continue to sue Burger King Corporation or any of the Released Parties on your own about the legal issues in this case, then you must take steps to exclude yourself from the Settlement Class.

**8.    How do I exclude myself from the Settlement?**

To exclude yourself from the Settlement, you must send a Request for Exclusion by mail saying that you want to be excluded from *Jay Clogg Realty Group Inc. v. Burger King Corporation,* C.A. No. 13-cv-00662 (D. Md.). Be sure to include your full name, address, and telephone number. You must also include a statement that you wish to be excluded from the Settlement. You must mail your Request for Exclusion postmarked no later than March 9, 2015 to:

Burger King Fax Class Action Settlement Administrator
P.O. Box 43335, Providence, RI 02940-3335

You cannot exclude yourself by telephone or by email. You cannot exclude yourself by mailing a request to any other location other than the address above or after the deadline.

If you ask to be excluded, you will not get any Cash Benefit, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Burger King Corporation in the future about the legal claims in this case.

If you do not exclude yourself and the Settlement is finally approved, you give up any right to sue Burger King Corporation on any of the claims that this Settlement resolves. If you have a pending lawsuit against Burger King Corporation over these claims, speak to your lawyer in that case immediately. You must exclude yourself from this Settlement Class to continue your own lawsuit.

## THE LAWYERS REPRESENTING YOU

**9.    Do I have a lawyer in this case?**

The Court appointed the following law firms to represent you and other Settlement Class Members:

| | | |
|---|---|---|
| Edward A. Broderick | Matthew P. McCue | Stephen H. Ring |
| Anthony I. Paronich | The Law Office of Matthew P. McCue | Law Offices of Stephen H. Ring, P.C. |
| Broderick Law, P.C. | 1 South Ave., Third Floor | 9901 Belward Campus Drive |
| 125 Summer St., Suite 1030 | Natick, MA 01760 | Suite 175 |
| Boston, MA 02110 | | Rockville, MD 20850 |

These lawyers are called Class Counsel. You will not be charged for these lawyers' services. If you want to be represented by your own lawyer, you may hire one at your own expense.

10. **How will the lawyers and the Class Representative be paid?**

Class Counsel will ask the Court to approve payment of up to $2,805,000 (one-third of the Settlement Fund) to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement. Class Counsel will also request an award of service payments provided it does not exceed $15,000 for the Class Representative, in compensation for its time and effort. The Court may award less than these amounts. These payments, along with the costs of administering the Settlement, will be made out of the Settlement Fund.

Any objection to Class Counsel's application for attorneys' fees and costs may be filed, and must be postmarked, no later than March 9, 2015. You can object by sending a letter addressed to the Court at the address listed in the next section of this notice. In your letter you must state that you object. Be sure to include your full name, address, telephone number, and the reasons you object to the proposed award, or to the amount of the proposed award.

<div align="center">

**OBJECTING TO THE SETTLEMENT**

</div>

You can tell the Court that you do not agree with the Settlement or some part of it.

11. **How do I tell the Court that I do not think the Settlement is fair?**

If you are a Settlement Class Member, you can object to the Settlement if you do not think the Settlement is fair. You can tell the Court that you do not agree with the Settlement or some part of it. You can state reasons why you think the Court should not approve it. The Court will consider your views.

To object, you must file a written objection with the Court by March 9, 2015 saying that you object to the proposed Settlement in *Jay Clogg Realty Group Inc. v. Burger King Corporation*, C.A. No. 13-cv-00662 (D. Md.). Be sure to include your full name, address, facsimile number(s), the reasons you object to the Settlement and whether you intend to appear at the Fairness Hearing on your own behalf or through counsel. **Your objection to the Settlement must be postmarked no later than March 9, 2015.**

The objection must be mailed to both:

<div align="center">

Clerk of Court
U.S. District Court, District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770
And

</div>

| | | |
|---|---|---|
| Edward A. Broderick | Matthew P. McCue | Stephen H. Ring |
| Anthony I. Paronich | The Law Office of Matthew P. McCue | Law Offices of Stephen H. Ring, P.C. |
| Broderick Law, P.C. | 1 South Ave., Third Floor | 9901 Belward Campus Drive |
| 125 Summer St., Suite 1030 | Natick, MA 01760 | Suite 175 |
| Boston, MA 02110 | | Rockville, MD 20850 |

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself, or opting out, is telling the Court that you do not want to be included in the Settlement. If you exclude yourself, you cannot object because the Settlement no longer affects you.

You have the right to consult and/or retain an attorney of your choice at your own expense, to advise you regarding the Settlement and your rights in connection with the Settlement and the Fairness Hearing as described below. You also have the right, either personally or through an attorney retained and paid by you, to seek to intervene and object to the Settlement Agreement.

<div align="center">

**THE COURT'S FAIRNESS HEARING**

</div>

12. **When and where will the Court decide whether to approve the Settlement?**

The Court will hold a hearing to decide whether to approve the Settlement. This Fairness Hearing will be held at 9:30 a.m. on April 15, 2015 at the United States District Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, MD 20770. Other information is available at http://www.mdd.uscourts.gov/. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts. If there are objections, the Court will consider them. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long it will take the Court to issue its decision. It is not necessary for you to appear at this hearing, but you may attend at your own expense.

13. **May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that you intend to appear at the Fairness Hearing in *Jay Clogg Realty Group Inc. v. Burger King Corporation*, C.A. No. 13-cv-00662 (D. Md.). Be sure to include your full name, address, telephone number, and facsimile number. You cannot speak at the hearing if you excluded yourself from the Settlement Class. Your letter stating your notice of intention to appear must be postmarked no later than March 9, 2015 and be sent to the following address:

<div align="center">

Clerk of Court
U.S. District Court, District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

**IF YOU DO NOTHING**

</div>

14. **What happens if I do nothing at all?**

If you do nothing, and are a Settlement Class Member, you will not receive a Cash Benefit after the Court approves the Settlement and any appeals are resolved. In order to receive a Cash Benefit, you must submit a valid and timely Claim Form. Unless you exclude yourself, you will be bound by the terms and conditions of the Settlement Agreement and you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Burger King Corporation about the legal issues in this Action, ever again.

<div align="center">

**GETTING MORE INFORMATION**

</div>

15. **How do I get more information?**

This notice summarizes the pertinent portions of the proposed Settlement Agreement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement by calling the Settlement Administrator toll-free at 1-877-595-0473; writing to: Burger King Fax Class Action Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335; or visiting the website at www.BKFaxSettlement.com, where you will find answers to common questions about the Settlement, a Claim Form, plus other information to help you determine whether you are a Settlement Class Member and whether you are eligible for a Cash Benefit.

<div align="center">

On the website, www.BKFaxSettlement.com, there is a complete notice of the Settlement in Spanish.

En el sitio web, www.BKFaxSettlement.com, hay una notificación completa del acuerdo en Español.

</div>

# Exhibit D

Burger King Fax Class Action Settlement Administrator
P.O. Box 43335
Providence, RI 02940-3335

# BKJ

«‖‖arcode‖‖»                                          Fax Number:      «Fax1»
Claim #: BKJ-«ClaimID»   «MailRec»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST»  «Zip»
«Country»

## PROOF OF CLAIM FORM

*Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662

For Official Use Only

TO: «First1» «Last1»:

To receive a payment from the Settlement Fund you must complete and return this Proof of Claim Form ("Claim Form").
**IMPORTANT NOTE: You must return this Claim Form to receive payment even if a Notice was mailed to you and the address printed on the outside of the Notice is correct.**

Please complete the Claim Form, sign it and return it by one of the following methods:

1. By e-mail to the Administrator at Admin@BKFaxSettlement.com no later than midnight, U.S. Eastern Standard Time, on **March 9, 2015.** If you use e-mail, you must send the Claim Form in a format that includes a legible signature.

2. By mail to the Administrator, postmarked no later than **March 9, 2015**, at the following address:

**Burger King Fax Class Action Settlement Administrator**
P.O. Box 43335, Providence, RI 02940-3335

**NOTE:  Only one Claim Form is permitted per fax number.**

3. In addition, you must certify the following statements:

**I was the user or owner of the telephone facsimile number listed above.**

YES [ ]          NO [ ]

**Number of faxes that you claim were sent to you:** _____

**I certify that the foregoing statements are true to the best of my knowledge.  I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.**

Signature: _____

Print Name: _____

Date (mm/dd/yyyy): _____

Address (if different from above address): _____

_____

  »ClaimID»               BKJPOC1  

Exhibit E

## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

JAY CLOGG REALTY GROUP, INC.,
Plaintiff

vs.                                                    CIVIL ACTION NO. 13-cv-00662

BURGER KING CORPORATION
Defendant.

Legal Notice

**If you received an unsolicited facsimile advertisement from Burger King Corporation,
you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, visite nuestra página web o llámenos.*

A proposed Settlement has been reached in a class action lawsuit alleging that Burger King Corporation ("BKC") violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* by allegedly sending or attempting to send advertisements by facsimile.  BKC denies these claims, and denies that this case is appropriate for treatment as a class action.  You may be a member of the Settlement Class and entitled to payment under the Settlement Agreement.

You are a Settlement Class Member if you are a person or entity within the United States to whom BKC sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014.

BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs.  The Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs will be paid from the Settlement Fund prior to any distribution of Cash Benefits to the Settlement Class.

Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000).  The Settlement Administrator will verify that the facsimile numbers for which Settlement Class Members seeks recovery appear in the records related to this case before approving Claims.  Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile.  In the event that Approved Claims to be paid out of the Settlement Fund exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a pro rata proportion.

You may choose to exclude yourself from, or object to, the Settlement.  The Court has appointed attorneys to represent the Class.  Those attorneys are the law firms of Broderick Law, P.C., The Law Office of Matthew P. McCue, and Law Offices of Stephen H. Ring, P.C.  You will not be charged for their work and can contact them at (617) 738-7080, (508) 655-1415, (301) 563-9249 or http://mmccue.massattorneys.net, http://www.nvo.com/ringlaw. You may hire your own attorney, but only at your own expense.

**Your Options:** (1) To receive payment, you must complete and submit a Claim Form.  Claim Forms must be submitted electronically or postmarked by no later than March 9, 2015.  A Claim Form is annexed hereto and Claim Forms are also available at www.BKFaxSettlement.com. (2) If you choose to exclude yourself from the Settlement and keep your right to sue BKC or any of the Released Parties, you must send a written request for exclusion postmarked by March 9, 2015, to Burger King Fax Class Action Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335. (3) If you do not exclude yourself, you or your lawyer have the right to appear before the Court and object to the Settlement or to Class Counsel's request for an award of one-third of the Settlement Fund in Attorneys' Fees and Costs.  Any objections to the Settlement or the Attorneys' Fees and Costs, along with any supporting material, must be postmarked by March 9, 2015 and filed with the Court by that date.  Untimely objections and material not filed will not be considered. (4) If you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue BKC and/or any other Released Parties in the future for the Released Claims covered by the Settlement Agreement.  Released Claims include all TCPA claims and all other claims arising out of the alleged sending of facsimiles.

The Court will determine whether to approve the Settlement at a Final Approval Hearing scheduled to take place on April 15, 2015 at 9:30 a.m., at the United States District Court for the District of Maryland.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts.  If there are objections, the Court will consider them.

**FOR MORE INFORMATION PLEASE VISIT THE SETTLEMENT WEBSITE
at www.BKFaxSettlement.com**

**Burger King Fax Class Action Settlement Administrator**
P.O. Box 43335
Providence, RI 02940-3335

# BKJ

**Fax Number:**   «FaxNumber»

Claim #: BKJ-«ClaimID»   «MailRec»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST» «Zip»
«Country»

## PROOF OF CLAIM FORM

*Jay Clogg Realty Group, Inc. v. Burger King Corporation,* Civil Action No. 13-cv-00662

> For Official Use Only

TO: «First1» «Last1»:

To receive a payment from the Settlement Fund you must complete and return this Proof of Claim Form ("Claim Form"). **IMPORTANT NOTE: You must return this Claim Form to receive payment even if a Notice was mailed to you and the address printed on the outside of the Notice is correct.**

Please complete the Claim Form, sign it and return it by one of the following methods:

1. By e-mail to the Administrator at Admin@BKFaxSettlement.com no later than midnight, U.S. Eastern Standard Time, on **March 9, 2015**. If you use e-mail, you must send the Claim Form in a format that includes a legible signature.

2. By mail to the Administrator, postmarked no later than **March 9, 2015**, at the following address:

**Burger King Fax Class Action Settlement Administrator**
P.O. Box 43335, Providence, RI 02940-3335

**NOTE: Only one claimant is permitted per fax number, regardless of the number of faxes attempted to a number.**

3. In addition, you must certify the following statements:

**I was the user or owner of the above telephone facsimile number listed above.**

YES ☐        NO ☐

**Number of faxes that you claim were sent to you:** _____

**I certify that the foregoing statements are true to the best of my knowledge.** I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

**Signature:** _____

**Print Name:** _____

**Date (mm/dd/yyyy):** _____

**Address (if different from above address):** _____

_____



«ClaimID»                                                      BKJNTF1

# Exhibit F

Legal Notice

## If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of Burger King Corporation. The name of the case is *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662 (the "Litigation") and it is pending in the United States District Court for the District of Maryland.

**What is the lawsuit about?**
The lawsuit alleges that Burger King Corporation ("BKC") sent fax advertisements promoting its goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims, and denies that this case is appropriate for treatment as a class action.

**What are the terms of the Proposed Settlement?**
BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs. The Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs will be paid from the Settlement Fund prior to any distribution of Cash Benefits to the Settlement Class. Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). The Settlement Administrator will verify that the facsimile numbers for which Claimants seek recovery appear in the records related to this case before approving Claims. Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims to be paid out of the Settlement Fund exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a pro rata proportion. You can receive additional details regarding the proposed Settlement, including a copy of the Settlement Agreement, by visiting www.BKFaxSettlement.com or calling 1-877-595-0473.

**What are my rights?**
• You can make a Claim, to get money from the Settlement Fund. To receive payment, you must complete and submit a Claim Form. Claim Forms must be submitted electronically or postmarked by no later than **March 9, 2015**. Claim Forms are available at www.BKFaxSettlement.com.
• **If you do not want to be a member of the Class, you must send a letter and ask to be excluded.** Your request must be postmarked no later than **March 9, 2015**. If you do not exclude yourself, you agree never to sue BKC or any other Released Party in the future for the Released Claims covered by the Settlement Agreement. Released Claims include all TCPA claims and all claims arising out of the alleged sending of facsimiles.
• **You can tell the Court if you want to object to this Proposed Settlement or some part of it** if you do not exclude yourself. To object, you must file an objection with the Court no later than **March 9, 2015**. You may also hire your own lawyer, at your own cost, to speak for you.
A detailed Notice and the Claim Form are available at www.BKFaxSettlement.com or by writing the Settlement Administrator at the address below. The detailed Notice explains how to exclude yourself or comment on the case. It also explains what rights you are giving up if you stay in the Class.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on **April 15, 2015** at 9:30 a.m. to consider whether the proposed Settlement is fair, reasonable, and adequate. The Court will also consider the motion for attorneys' fees and expenses, and the Incentive Award to the Class Representative. If comments or objections have been received, the Court will consider them at that time.

**For More Information and a Claim Form
Visit: www.BKFaxSettlement.com
Or Write: Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335**

# Exhibit G

BK Fax Settlement : 160x600
Site : Familycorner.com





## 9 Moving Tips To Help Ease The Stress

Moving is about already one of the most stressful experiences that families face. Globally, the average person moves close every necessary years, and once every five years for Americans. We hope [...]



### FUN STUFF FOR KIDS



### GREAT TIPS FOR PARENTS







BK Fax Settlement : 300x250
Site : Usatoday.com



BK Fax Settlement : 728x90
Site : Goodhousekeeping.com



Subscribe · Give a Gift · Win   Good Picks: Dinner Ideas · Give Back Promos



Who's got the Seal?

Product Reviews    Home & Organizing    Recipes    Diet & Health    Beauty & Style    Relationships    Holidays

**If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement**   Learn More

## FOOD & RECIPES



DESSERTS

### Great News About Girl Scout Cookies



TIPS

### 5 Cooking Tricks Everyone Should Know



GIVE BACK

### Help Us Feed Kids in Need

## PRODUCT NEWS & REVIEWS

The latest from the Good Housekeeping Research Institute



Want more from Good Housekeeping?

LIKE US ON FACEBOOK

Looking for



# Exhibit H

# Senate Democrats to meet in Baltimore

By John Fritze
The Baltimore Sun

1 U.S. Senate Democrats, aiming to regroup after turning the chamber over to Republicans this week, plan to hold their annual policy retreat in Baltimore, Sen. Barbara A. Mikulski said Thursday.

The meeting, held each January, gives members an opportunity to escape the Capitol routine and talk privately about strategy and messaging for the year ahead. Senate Democrats last met in Maryland in 2013, in Annapolis.

"When we talked about where to go, there are those who felt that our party has to ... have a stronger public expression of support for cities," said Mikulski, a Maryland Democrat.

"We thought it should be where there is a Democratic stronghold," she added.

President Barack Obama often speaks at the Democratic retreats, though it's not clear whether he will do so this year. The president spoke to the Senate caucus when it met in Annapolis. His appearance was closed to the public and reporters.

This year's retreat, scheduled for Wednesday and Thursday, is to come days before Obama delivers the State of the Union address to a Congress now controlled by Republicans.

GOP leaders have signaled areas of potential agreement with the White House, but are also expected to take up legislation intended to draw distinctions with Obama.

Mikulski said the senators' meeting next week will focus on the economy, the national political environment and how Democrats will approach their role in the minority.

Democratic Sen. Ben Cardin of Maryland agreed that Baltimore's selection sends a message about caucus priorities.

"This is a city on the rise, facing challenges that illustrate what will be foremost on our Democratic agenda: How can we as lawmakers effectively ensure that the current job growth and economic recovery reaches every neighborhood, state and corner of our country?" he said in a statement.

Both parties have frequently held their retreats in Maryland, often in Cambridge. But Mikulski said she believes Senate Democrats have not traveled to Baltimore in more than a decade.

Bringing the event to the city is also noteworthy for Mikulski herself, who is up for re-election in 2016. Speculation about her possible retirement has started to swirl, just as it did ahead of 2010. The fact that Mikulski, 78, lobbied to bring the retreat to her hometown could be read as an effort to head off at least some of that talk.

*john.fritze@baltsun.com*
*twitter.com/jfritze*

2
1
4

## Two months of MARC delays expected from Amtrak work on Penn Line

Most MARC trains traveling along the Penn Line between Baltimore and Washington in the next two months will be delayed because of track work by Amtrak, the Maryland Transit Administration announced Thursday. Amtrak alerted MTA officials that work on its southbound track between Odenton and Bowie State University will put the track out of service between Jan. 15 and March 12, the MTA said. The work, part of scheduled maintenance, will replace about eight miles of track between a point north of Odenton and Bowie State, said Christina Leeds, an Amtrak spokeswoman. The change will likely result in delays of 10 to 15 minutes on most trains, though "exact delay times will vary," the MTA said. Not all MARC trains will be affected equally, the MTA said. For instance, the first three southbound morning trains on the Penn Line — Trains 401, 403 and 505 — should experience "very minimal delay" because there is little other train traffic that early, the MTA said. In contrast, Train 512, which departs Perryville at 6:30 a.m. and Penn Station at 7:45 a.m., will be delayed at Odenton "since conflicting rail traffic may be present on the other working track," the MTA said. In the evening, northbound Trains 426 and 642, which depart Union Station in Washington at 3:23 p.m. and 5:50 p.m., respectively, will hold south of Bowie State "to allow Amtrak trains to operate ahead," the MTA said.
*— Kevin Rector*

## $7,000 reward offered for information on burned dog

Animal welfare advocates are offering a $7,000 reward for information leading to the arrest of whoever used a scalding-hot substance to burn a dog in Prince George's County. The Humane Society says the 1-year-old male grey and white pit bull was found severely burned and had fled in a backyard in Clinton on Dec. 29. The dog survived and has since been named Leonidas. The Humane Society says veterinarian reports indicate that Leonidas was intentionally burned. Leonidas is recovering at the Humane Society of Calvert County. The group says it's committed to finding Leonidas a permanent home once he's better.
*— Associated Press*

## Trial postponed in Balto. Co. murder-for-hire case

2 The trial for the man at the center of a nearly 15-year-old murder-for-hire case in Baltimore County has been postponed until June. Stephen Michael Cooke, 43, had been scheduled to stand trial Jan. 20 on murder charges in the April 2000 death of Heidi Bernadzikowski, who lived in Dundalk. He also faces charges of witness intimidation in the case. Circuit Judge Kathleen Cox granted a defense motion this week for a postponement. Cooke is accused of hiring two men from Colorado to kill Bernadzikowski, his girlfriend at the time. Defense attorney Tara LeCompte said she need more time to prepare, in part to arrange for testimony of a key defense witness who lives in Colorado. Prosecutor Garret Glennon said the state did not object to the request for postponement.
*— Alison Knezevich*

## Dog fatally mauls man as he takes down Christmas tree

An 87-year-old Frederick man was mauled to death by his dog while taking down his Christmas tree. The Frederick County sheriff's office says Eugene Smith was lying on the floor taking the tree down Wednesday when the pit bull attacked him. Officers subdued the dog and transported Smith to a hospital, where he died. Police say the dog was a stray that had lived in Smith's home since May. The dog was euthanized.
*— Associated Press*

## Machete-wielding robbers sought in Harford County

3 Police in Harford County are seeking two men in connection with a second convenience store robbery in which one of the robbers was armed with a machete. The latest robbery was Sunday at the High's store in Pylesville. A similar robbery occurred five days earlier at a 7-Eleven in Jarrettsville. "Early investigation of the two crimes indicates the two may be related," said Cristie Kahler, spokesperson for the sheriff's office, which is investigating both crimes. In the High's robbery, deputies were called to the store in the 4500 block of Rocks Road in Pylesville at 8:45 a.m. for a reported armed robbery. Deputies determined that two armed men entered the store and robbed it of an undisclosed amount of cash, according to a sheriff's office flier. The men drove away south toward Jarrettsville in a white foreign car. Anyone with information is asked to call 410-836-5418.
*— Baltimore Sun Media Group*

## Water main break in city closes Monarch Academy

4 Monarch Academy public charter school was closed Thursday because of a water main break, city schools officials said. Department of Public Works spokesman Kurt Kocher said that a 16-inch main break in the 2500 block of Kirk Ave. was reported at 7:20 a.m. Monarch Academy is located at 2525 Kirk Ave. Kocher said the incident was among seven main breaks reported.
*— Joe Burris*

## LOTTERY

Yesterday's numbers and recent drawings

**MARYLAND**

| | | | |
|---|---|---|---|
| Day Daily | [illegible] | Pick 4 | [illegible] |
| Night Daily | [illegible] | Pick 4 | [illegible] |
| 5 Card Cash | [illegible] | | |
| Bonus Match 5 | [illegible] | | |
| Multi-Match, Jan. 8 | [illegible] | | |

**DELAWARE**

| | | | |
|---|---|---|---|
| Day Daily | [illegible] | Play 4 | [illegible] |
| Night Daily | [illegible] | Play 4 | [illegible] |
| Multi-Win, Jan. 7 | [illegible] | | |

**PENNSYLVANIA**

| | | | |
|---|---|---|---|
| Day Daily | [illegible] | Big 4 | [illegible] |
| Night Daily | [illegible] | Big 4 | [illegible] |
| Treasure Hunt | [illegible] | | |
| Match 6, Jan. 8 | [illegible] | | |
| Cash 5 | [illegible] | | |

**DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| Day D.C. 3 | [illegible] | D.C. 4 | [illegible] |
| Night D.C. 3 | [illegible] | D.C. 4 | [illegible] |
| Day D.C. 5 | [illegible] | | |
| Night D.C. 5 | [illegible] | | |

**MULTISTATE GAMES**

| | |
|---|---|
| Mega Millions, Jan. 6 | [illegible] |
| Hot Lotto, Jan. 7 | [illegible] |
| Powerball, Jan. 7 | [illegible] |

Mega Millions: There was no winner in Tuesday's drawing. Tonight's jackpot is an estimated [illegible] million.
Hot Lotto: There was no winner in Wednesday's drawing. Saturday's jackpot is an estimated [illegible] million.
Powerball: There was no winner in Wednesday's drawing. Saturday's jackpot is an estimated [illegible] million.

Maryland's news station
WJZ 13
Coverage of the day's stories, breaking news and First Warning weather WJZ at 4 p.m., 5 p.m., 6 p.m. and 11 p.m.

DONATE YOUR CAR
Wheels For Wishes
Benefiting
MAKE-A-WISH.
Mid-Atlantic
100% Tax Deductible
WheelsForWishes.org
Call: (443) 438-1622

WET BASEMENT? FOUNDATION PROBLEMS?
D-2
• Basement & Crawlspace Waterproofing
• Sump Pump & Battery Backup Installations
• Polyurethane Injections
• Foundation Repair
• Gutters & Downspouts
• Basement Finishing
If You Want a Straight Forward Inspection with Straight Forward Pricing Then Call Us!
443-312-2291
Family owned and operated
No High Pressure Sales Tactics
Full Life of the Structure Warranty

Legal Notice

**If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement**

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of Burger King Corporation. The name of the case is *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662 (the "Litigation") and it is pending in the United States District Court for the District of Maryland.

**What is the lawsuit about?**
The lawsuit alleges that Burger King Corporation ("BKC") sent fax advertisements promoting its goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims, and denies that this case is appropriate for treatment as a class action.

**What are the terms of the Proposed Settlement?**
BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs. The Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs will be paid from the Settlement Fund prior to any distribution of Cash Benefits to the Settlement Class. Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). The Settlement Administrator will verify that the facsimile numbers for which Claimants seek recovery appear in the records related to this case before approving Claims. Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims to be paid out of the Settlement Fund exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a pro rata proportion. You can receive additional details regarding the proposed Settlement, including a copy of the Settlement Agreement, by visiting www.BKFaxSettlement.com or calling 1-877-5[illegible].

**What are my rights?**
• You can make a Claim, to get money from the Settlement Fund. To receive payment, you must complete and submit a Claim Form. Claim Forms must be submitted electronically or postmarked by no later than March 9, 2015. Claim Forms are available at www.BKFaxSettlement.com.
• If you do not want to be a member of the Class, you must send a letter and ask to be excluded. Your request must be postmarked no later than March 9, 2015. If you do not exclude yourself, you agree never to sue BKC or any other Released Party in the future for the Released Claims covered by the Settlement Agreement. Released Claims include all TCPA claims and all claims arising out of the alleged sending of facsimiles.
• You can tell the Court if you want to object to this Proposed Settlement or some part of it if you do not exclude yourself. To object, you must file an objection with the Court no later than March 9, 2015. You may also hire your own lawyer, at your own cost, to speak for you.
A detailed Notice and the Claim Form are available at www.BKFaxSettlement.com or by writing the Settlement Administrator at the address below. The detailed Notice explains how to exclude yourself or comment on the case. It also explains what rights you are giving up if you stay in the Class.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on April 15, 2015 at 9:30 a.m. to consider whether the proposed Settlement is fair, reasonable, and adequate. The Court will also consider the motion for attorneys' fees and expenses and the Incentive Award to the Class Representative. If comments or objections have been received, the Court will consider them at that time.

For More Information and a Claim Form
Visit: www.BKFaxSettlement.com
Or Write: Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335

**BEFORE THE PUBLIC SERVICE COMMISSION OF MARYLAND**

**IN THE MATTER OF THE APPLICATION OF THE MARYLAND-AMERICAN WATER COMPANY FOR AUTHORITY TO ADJUST ITS EXISTING SCHEDULE OF TARIFFS AND RATES**

**Case No. 9372**

**NOTICE OF PRE-HEARING CONFERENCE**

A Pre-Hearing Conference in the above-titled matter is scheduled for:

**Wednesday, January 28, 2015, beginning at 2:00 p.m.**

**THE HEARING WILL TAKE PLACE AT:**

Maryland Public Service Commission, 19th Floor Hearing Room
William Donald Schaefer Tower, 6 St. Paul Street, Baltimore, MD 21202

The purpose of the hearing is to set a procedural schedule for this matter, consider any petitions to intervene that have been filed, and consider any other preliminary matters requested by the parties.

Any persons seeking to intervene in this proceeding should file an original and seventeen (17) paper copies, plus one electronic copy* of a petition to intervene with David J. Collins, Executive Secretary, Maryland Public Service Commission, William Donald Schaefer Tower, 6 St. Paul Street, Baltimore, MD 21202 by 5 p.m., EDT, Tuesday, January 27, 2015.

*The Commission encourages parties to use the Commission's "e-file" system for filing the electronic copy. Details of the "e-file" system are available on the Commission's web page, www.psc.state.md.us.

MHIC # 121453
Ameri-Dry
WATERPROOFING
"When you want dry, I'm your guy"
One of America's most TRUSTED names in waterproofing for over 35 years!
• Basement waterproofing
• Crawlspace Waterproofing
• Foundation Repair
& Encapsulation
Featuring Ameri-Dry's famous Full Life of the Structure Warranty!
$500 OFF ANY JOB*
Call today for a FREE inspection and estimate!
855-884-7558

Case 3:14-cv-00662-AG-JLB Document 99 Filed 04/01/15 Page 31 of 53

By TINA SUSMAN
Tribune Newspaper

NEW YORK — Erika Christensen approached a stranger, put her hand out in greeting and uttered the words that are music to many a man's ears.

"Are you single?"

It's a question that Christensen hears is rarely asked in these days of online dating as face-to-face introductions take a back seat to digital photographs and flirtations.

So she started a dating service aimed at getting old-fashioned romance back on track — literally. Her Train Spottings business scours New York's subway system for singles to pair with clients, taking advantage of the kind of humanity inhabiting the transportation hubs.

"If you want to meet someone, you have to go where people are, and we know where they are. They're on the subway," said Christensen, who sits 33 and supplying her income as an entrepreneur when she launched Train Spottings two years ago.

Christensen dismisses those who view the subways as loveless holes plagued by rats, but unsexs and frequent commuters. Quite the opposite, she says, reeling off statistics that make her sound more like a Metropolitan Transportation Authority spokeswoman than a matchmaker. With 24 subway lines, 468 stations and daily ridership of 6 million, the city's fevered roads of movement provides an endless supply of potential romantic material, she said.

"And it's constantly being refreshed," Christensen said, noting the turnover on platforms as riders pass every few minutes, spilling new human specimens out the sliding doors and carrying away the stale ones.

Train Spottings recently claimed its first matchup. Kady Antonowitz Katz had paid Train Spottings to find her a match. Kady Grant, who works for Christensen as a "cupid" spotted Andrew Szturtz waiting for the A train.

Eight months after Train Spottings arranged their first date, the couple married in October.

Train Spottings' system is simple, and computers come into play only when someone who has been spotted follows up by sending an email for the spotter.

If Christensen thinks the person would appeal to one of her paying clients, she sends the pair on a blind date — but not before she conducts in-person interviews and background checks to verify that they are indeed single, and not lying about their identities.

Neither client knows the other's name in advance, because Christensen does not want daters to snoop online profiles before meeting.

"We have zero assistance with online dating," said Christensen, who demonstrated her technique one afternoon in Rockefeller Center outside a crowded but scenic space where she stakes out the handsome stranger and asked whether he was single.

The man, who gave his name as Wayne, flashed a wide smile. Alas, Wayne said, he was not single. But he told Christensen's card and promised to share it with eligible friends.

Grant, 28, an art industry employee by day and a spotter by night, is familiar with the travails of dating in New York City.

"People don't come to New York to date," she said. "They come here for their careers."

Grant picks her stations carefully, avoiding those that are heavy with tourists and suburbanites dashing for trains out of the city. Her favorites are ones with wide platforms, which ensure broad viewing angles, space to loiter and relative privacy when she approaches someone.

Her huge green eyes are constant movement as she slowly turns round and round on a platform to check the human rock pouring off trains.

On a platform bustling with activity one evening, Grant's first target was a classutton's blond man in his 30s in corduroy trousers. She walked up to him with her hand held out, a Train Spottings business card clasped in her fingers.

"Hi, I'm a matchmaker," Grant always says at the outset. The man was there but person Grant approaches knows she is looking for a date for someone else, not herself.

The matchmaker and the cupid for a few seconds helped keep jumping onto his train and disappearing. Grant, unfazed, moved on.

Sometimes, no words are exchanged. As one train's doors opened, Grant spotted a potential candidate standing in the car close to the exit. She looked at him. He nodded at her. She smiled and slipped a card into his pocket before the doors closed. Grant estimates that about 60 percent of the people she gives cards to contact Train Spottings.



Kady Grant, of Train Spotting, a dating service, looks for potential clients at the platform of the NYC subway.
CAROLYN COLE/TRIBUNE NEWSPAPERS

---

## Gun sales soar after unrest in Ferguson

### Expert: Run on arms may trigger uptick in violence

By TODD C. FRANKEL
The Washington Post

The firearms have been flying at Country Guns Ltd. Located just a few miles from Ferguson, Mo., this small gun shop has seen a flood of customers looking to buy their first handgun or maybe a backup Glock for the car or Mossberg shotgun for home protection.

"We have sold a boatload of guns in the last few months," owner Adrian Weimersaid.

Other gun shops near Ferguson have reported similar firearm frenzies. By every measure Missouri's gun sales have spiked since Aug. 9 when a white police officer shot and killed a unarmed black teenager in Ferguson, an incident that touched off protests and sporadic violence and further about pan-sand protection.

Many people turned to guns.

FBI firearms background checks in Missouri jumped 18 percent — by more than 26,000 — in the August-November period compared with the same four-month period in 2013. At the same time, background checks nationwide rose 4%.

In St. Louis County, where Ferguson is located, concealed weapons permit applications since late November also shot up. A white police officer who shot and killed the Ferguson teenager was not charged with any crime.

But there are signs of increased gun crime in the St. Louis region, which includes Ferguson.

St. Louis City finished 2014 with its highest number of gun killings in the past decade, with 159 killings. And aggravated assaults involving guns were up 9 percent from 2013.

The day police chief told the St. Louis Post-Dispatch that he believed one reason for the increase was what he called the "Ferguson effect," the belief that criminals were emboldened and police less vigilant.

---

The proposed Settlement has been reached in a class action case regarding the advertisements concerning the speed and services of Burger King Corporation. The name of the case is **Ray Chop Reality Group, Inc. v. Burger King Corporation**, Civil Action No. 12-cv-00662 filed in the United States District Court for the District of Maryland.

**What is this lawsuit about?**
The lawsuit alleges that Burger King Corporation ("BKC") and its advertisements promoting fax goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims and denies any liability or wrongdoing. The Settlement resolves the dispute.

**Your Fax Number You May Benefit From a Proposed Class Action Settlement**



# GOLD BUYING ROAD SHOW TODAY!
## TOP DOLLAR BEING PAID FOR DIAMONDS & GOLD

# CASH ON THE SPOT AT FOUNTAIN JEWELERS

## WE PAY CASH FOR YOUR...
JEWELRY • DIAMONDS
WATCHES
STERLING SILVER COINS
COLLECTIBLES

# STARTS TODAY!!!

AS SEEN ON TV

**Fountains Jewelers & Estate Buyers**
801 S. University Dr. • A-112
Plantation Next to Lime



DIAMONDS • ALL SIZES & SHAPES | MEN'S OLD WATCHES

STERLING SILVER | SELL YOUR GOLD!

Now! $1212 per Ounce!

ANTIQUE AND MODERN PLATINUM & GOLD JEWELRY | U.S. GOLD & SILVER COINS

**Fountains Jewelers & Estate Buyers**
801 S. University Drive
South of Broward Blvd in the Fountains Plaza next to Lime
Plantation
**954-451-0644**
HOURS: Monday - Saturday 10:00am - 6:00pm
Visit Our Website at www.FountainsJewelersFl.com

# Paris gunman claimed link to Islamic State

By Liz Sly
and Swait Sharma
WASHINGTON POST

BEIRUT — One of the assailants in the Paris terrorist attacks claimed in a posthumously released video that he was acting on behalf of the Islamic State in coordination with the two brothers who attacked a satirical magazine and said they were affiliated with al-Qaida.

The video, released Sunday, features Amedy Coulibaly, the gunman who killed four hostages at a Paris supermarket on Friday before he was himself shot by police. It pointed to the dangers long anticipated by law enforcement authorities posed by the expanding influx of the group that has conquered vast areas of Iraq and Syria over the past two years, even as al-Qaida continues to pursue its own agenda of staging attacks against the West.

The video offered no evidence, however, that Coulibaly had been in contact with the Islamic State before his assault on the supermarket, which may represent another example of the so-called "lone wolf" attacks that the Islamic State has inspired, analysts said.

A fierce feud erupted last year between the Islamic State and its progenitor, al-Qaida, and many analysts have speculated that the Paris attacks, claimed by al-Qaida's Yemen affiliate al-Qaida in the Arabian Peninsula, represented an attempt by the older group to reassert its relevance.

Coulibaly's comments suggest that the feud has not deterred cooperation among friends on the ground, although it could not be confirmed that his claims of collaboration were real.

The video begins with footage of Coulibaly, in doing exercises, then switches to a scene in which he sits in front of a white sheet and pledges allegiance to the Islamic State and its leader, Abu Bakr al-Baghdadi.

Coulibaly cited the attacks carried out against the Islamic State by the U.S.-led coalition, in which France participates, as one of the motives for his assault on the supermarket, which came two days after two brothers, Said and Cherif Kouachi, stormed the offices of the French satirical magazine Charlie Hebdo and killed 12 people.

"You attack the Islamic State. We attack you," he said, speaking in French and occasionally lapsing into broken Arabic, in a segment of the recording that showed him wearing a leather jacket and wool cap, seated beside an AK-47 automatic rifle. "You and your coalition, so that you who are abroad in the lead now, you hoarsand there regularly," he said. "You kill civilians, you kill combatants, you kill."

Other segments showed him wearing Arab and African robes and a flak vest, suggesting they were recorded at different times, though all appeared to have been filmed in the same place. The furnishings and stripped hardwood floors suggest an apartment in France.

At least one segment, which refers to the Charlie Hebdo attack, was likely recorded in the two days that elapsed between the attacks, and the video begins and ends with footage of police bursting into the supermarket and shooting Coulibaly.

The video lacked, however, the sophisticated editing techniques typically associated with Islamic State videos, and French authorities have not indicated that Coulibaly was among the more than 500 French citizens who are believed to have traveled to Syria to fight since the war there erupted three years ago.

## Israel offers to help European Jews who want to immigrate

By William Booth
and Ruth Eglash
WASHINGTON POST

JERUSALEM — Israeli leaders said Sunday that they would welcome with open arms French Jews who fear for their safety in the wake of attacks by Islamist extremists against the satirical newspaper Charlie Hebdo and shoppers at a kosher supermarket in Paris last week.

Israeli Prime Minister Benjamin Netanyahu linked arms with French politicians on Sunday during a march in Paris to commemorate the 17 people killed in three days of bloodshed in France. Netanyahu said, "I wish to tell to all French and European Jews — Israel is your home."

His office said the families of the four French Jews slain in the hostage standoff at the kosher grocery in Paris on Friday, which elicited round-the-clock media coverage in Israel, asked that their bodies be flown to Israel for burial.

The funerals are tentatively scheduled for Tuesday.

Netanyahu said he would convene a special committee to encourage Jewish immigration from France and other countries in Europe that are suffering from terrible anti-Semitism.

Israeli leaders present their case that Europe has allowed a dangerous rise of anti-Semitism and that Jews, even in the most developed countries, face not only hostility but also outright attack.

Israel routinely makes the case for Jewish immigration — providing a haven for Jews in distress is, after all, one of the founding principles of the Jewish state. But in the aftermath of the Paris attacks, the pitch is being made in the blunt terms of survival.

French leaders reproached the Paris attacks and said the assailants did not represent Islam.

Palestinian Authority President Mahmoud Abbas called the assault "a heinous crime that is in contradiction of religion and morality."

Abbas also attended the solidarity march in Paris, appearing beside French President François Hollande and German Chancellor Angela Merkel — and just a few steps from Netanyahu.

French leaders rejected the idea that Jews want to see the Jews leave.

"If 100,000 French people of Spanish origin were to leave, I would never say that France is not France anymore. But if 100,000 Jews leave, France will no longer be France. The French Republic will be judged a failure," Prime Minister Manuel Valls said.

Many Arab leaders denounced the Paris attacks and said the assailants did not represent Islam.



Israeli Prime Minister Benjamin Netanyahu, left, Mali President Ibrahim Boubacar Keita, French President François Hollande, German Chancellor Angela Merkel, EU President Donald Tusk and Palestinian Authority President Mahmoud Abbas lock arms as they march during a rally Sunday in Paris.

## Marchers gather in a show of solidarity

Marchers from page A1

45, a lawyer, and her husband, Christian Chevalier, 45, who brought their two daughters because they wanted them to witness a historic event.

"We came because my husband is an authentic French person; I am Jewish," Teyger-Lavin said. "My elder daughter's godmother is a Muslim, and my closest friend almost became a nun. I came for the Jews who were killed, for the freedom of speech, for religious tolerance."

Dressed in dark coats, the world leaders — including President François Hollande of France, Chancellor Angela Merkel of Germany, Prime Minister Benjamin Netanyahu of Israel, President Mahmoud Abbas of the Palestinian Authority and Prime Minister David Cameron of Britain — joined the march in a solemn line. They moved slowly, clasping arms to show solidarity with the victims. The crowd roared its approval.

At various times, those in attendance burst into spontaneous applause and occasionally into "La Marseillaise," the national anthem.



Charlie Hebdo newspaper staff, including editorialist Patrick Pelloux, right, and cartoonist Renald Luzier, known as Luz, left, participate in the Paris march.

### Security summit

Earlier in the day, the French Interior Ministry held what it described as a security summit meeting, bringing together top intelligence and law enforcement officials from across Europe and North America to discuss ways to prevent terrorism.

Attorney General Eric Holder attended the meeting and announced that the White House would convene an international forum on Feb. 18 to discuss new means of countering terrorism.

Holder did not participate in the rally as a mark of respect for the security precautions, many people were prevented by its ambassador to France, Jane Hartley.

Capitals around Europe joined the ride, as did dozens of other French cities caught up in the wave of emotion emanating from

### Meeting planned on extremism

WASHINGTON — The White House plans a conference Feb. 18 on efforts to counter violent extremism in light of the past week's shootings in France.

The meeting will highlight domestic and international efforts to prevent extremists and their supporters from radicalizing, recruiting and inspiring others in the United States and elsewhere to carry out violent acts.

Paris. The Interior Ministry estimated that 3.7 million people had demonstrated throughout France.

Mustafa Qadir, 30, a Pakistani citizen who works as an environmental consultant in London, traveled to Paris for the march.

"We cannot go on like this, living in a state of fear," he said. "There must be liberty of expression; expression cannot be met with violence."

At the Place de la République, where the demonstration started under a statue of Marianne, France's symbol of freedom, many people were pressed shoulder to shoulder as helicopters circled overhead. Muslims who had heard Qadir speaking to a reporter approached to shake his hand.

"They told me what happened is horrible and does not represent Muslims," he said.

On the Boulevard Beaumarchais, the group Reporters Without Borders formed a line, carrying photographs of the victims at Charlie Hebdo and chanting, "Liberty of expression has no religion!"

People in the crowd paused silently in the street to take pictures and raise pens in homage to the dead, then burst into applause, some weeping.

### Apparent arson attack

The outpouring did little to stop fears of further attacks, however. Early Sunday, Hamburger Morgenpost, a German newspaper that had reprinted Charlie Hebdo cartoons lampooning the Prophet Muhammad, was the target of an apparent arson attack, the newspaper reported on its website. It said there had been no injuries.

The Brussels offices of the Belgian newspaper Le Soir also were evacuated Sunday after the publication received a threat by telephone, it reported on its website.

Agence France-Presse reported that Le Soir also had published cartoons from Charlie Hebdo.

Since the attack on Charlie Hebdo, both Netanyahu and Abbas have repeatedly condemned Islamic extremism and expressed solidarity with the French.

Jewish groups across France have been on alert since the assault on the kosher market, which Hollande described as a "terrifying act of anti-Semitism." Abbas and Netanyahu appeared side by side Sunday in an unusual, if momentary, show of shared sympathy. Netanyahu drew some criticism by saying Sunday morning that "any Jew who wants to emigrate to Israel will be received here with open arms."

At one point, Hollande left the line of dignitaries to greet the families of the victims, as well as survivors of the attack on Charlie Hebdo. Some of the relatives and staff members were wearing white headbands that said "Charlie." One man identified on French television as a staff member embraced Hollande for several seconds and wept.

The crowd included Jews wearing yarmulkes and Muslims carrying signs reading, "I'm Charlie and Muslim" and "Not in the name of Allah."

An nightfall descended, Hollande and Netanyahu went to the Grand Synagogue of Paris to pay homage to "all of the victims" and received a standing ovation.

Legal Notice

### If an Unsolicited Fax Advertisement Promoting Berger Mktg Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of Berger Mktg Corporation. The name of the case is Jay Clogg Realty Group, Inc. v. Berger Mktg Corporation, Civil Action No. GJH-13-0662 (the "Litigation") and is pending in the United States District Court for the District of Maryland. What is the lawsuit about?

The lawsuit alleges that Berger Mktg Corporation ("BMC") sent fax advertisements promoting its goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BMC denies these claims, and denies that the case is appropriate for class treatment as a class action.

What are the terms of the Proposed Settlement?

BMC has agreed to pay a total settlement amount of $8,560,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members. An Attorneys' Fees and Costs awarded by the Court, the Incentive Award paid to the Settlement Class Representative, and the Settlement Administration Costs. The Attorneys' Fees and Costs awarded to the Court from the Settlement Fund will not exceed one-third of the Settlement Fund prior to costs, plus deduction of Cash Benefits that may be distributed as the Fund grows in any distribution of Class Benefit of up to $500 per faxed fax received, up to a maximum of eight Settlement Benefits to be allocated. If the Settlement Fund is insufficient to provide the full amount requested, the amount may be reduced. If the Settlement funds remaining after all distributions are complete, any amount that remains unclaimed shall be made pursuant to cy pres distribution in the event of remaining funds in the Settlement Fund.

Am I a Settlement Class Member?

You are entitled to a Claim, to get money from the Settlement Fund. To receive payment, you must complete and submit a Claim Form. Claim Forms must be submitted electronically or postmarked by no later than March 4, 2015. Claim Forms are available at www.BMCFaxSettlement.com.

If you do not want to be a member of the Class, you must send a letter and ask to be excluded. Your request must be postmarked no later than March 4, 2015. If you do not exclude yourself, you agree to remain in the Settlement Class and you agree to release the BMC at any date. Exclusion Party in the Action for all claims covered by the Settlement Agreement. Released Claims include all TCPA claims and all claims arising out of the alleged sending of faxes. If you exclude yourself, you will not receive any money from the Settlement but you are free to pursue your own claim. To object, you must file the objection with the Court no later than March 4, 2015. You may also file your own attorney, at your own cost.

A detailed Notice and the Claim Form are available at www.BMCFaxSettlement.com or by writing to Settlement Administrator. The Final Approval Hearing will be held on March 4, 2015 at 9:00 a.m. to consider whether the proposed settlement is fair and reasonable and to consider the amount of Attorneys' Fees and Costs sought. You have the right to object.

Will the Court Approve the Proposed Settlement?

The Court will hold a Final Approval Hearing on April 15, 2015 at 9:30 a.m. to determine whether the proposed Settlement is fair, reasonable, and adequate. The Court will also consider the motion for Attorneys' Fees and Costs and the Incentive Award. The Court's decision will be communicated through these channels. You have the right to attend this hearing but you do not have to. You may enter an appearance through an attorney, at your own cost. The Court's if permitted to appear in your own name.

For More Information and a Claim Form
Visit: www.BMCFaxSettlement.com
Or Write: Settlement Administrator, P.O. Box 43315, Providence, RI 02940-3315

**6A | FRIDAY, JANUARY 9, 2015**   **WORLD**   **MIAMI HERALD** | MiamiHerald.com

20399

---

## CANADA

### Man who stopped shooter in parliament to become envoy

**BY BOB GILLIES**
Associated Press

TORONTO — The Canadian sergeant-at-arms hailed as a hero for killing the gunman who stormed Canada's parliament last year will become the country's ambassador to Ireland, the prime minister said Thursday.

Kevin Vickers, an Irish-Canadian, has been feted by world leaders ever since the Oct. 22 attack in Ottawa. The former Mountie fatally saved many lives by shooting Michael Zehaf-Bibeau, who had just killed a soldier at the nearby National War Memorial and then charged into parliament with a handgun and opened fire.

Vickers shot Zehaf-Bibeau as he moved from behind a pillar to get a better shot at the sergeant-at-arms.

The day after the attack,



ADEAN BUTLER/CANADIAN PRESS VIA AP FILE, 2014

**PARLIAMENT'S SERGEANT-AT-ARMS:** Kevin Vickers will be Canada's ambassador to Ireland.

Vickers received a standing ovation as he entered the Parliament chamber in his black robe. For more than two minutes, the lawmakers applauded and pounded their desks. At first overwhelmed and emotionless, Vickers eventually responded to the ovation with a few slight nods of his head, his lips quivering with emotion.

"Kevin Vickers has shown predicted leadership and a dedication to the security of Canada and its national institutions," Prime Minister Stephen Harper said in a statement Thursday. "His extensive experience working with Parliament, as well as his bravery and integrity, will serve to deepen close bilateral relations between Canada and Ireland."

In a statement, Vickers said: "As a Canadian who

Vickers destined to discuss family on both sides hailing from Ireland, there could be no greater honor."

Vickers, 58, had a lengthy career in policing before joining the Royal Canadian Mounted Police. He joined the security staff in 2006 and becoming sergeant-at-arms in 2006.

His current job — a mix of the ceremonial and the practical — encompasses the maintenance of safety and security in the Parliament complex.

---

## PAKISTAN

### Intermediaries handle talks over U.S. hostage

**BY TOM HUSSAIN**
McClatchy Foreign Staff

ISLAMABAD — More than a year after his al-Qaida kidnappers provided proof that American hostage Warren Weinstein was alive, the case of the 73-year-old aid contractor rests in the hands of three Pakistani intermediaries that have shuttled briefings from Pakistani police and security agencies and from the three Pakistani intermediaries.

But as in the case of American hostages who were held by the Islamic State in Syria, two of whom were executed last summer, the U.S. government appears unwilling to engage directly in securing whatever demands Weinstein's kidnappers have made. Some critics of the policy have suggested it dooms kidnapped Americans to their death, while other contrarian' pleas go far the ransoms have been paid.

The U.S. Embassy in Pakistan declined to discuss Weinstein's situation, citing U.S. privacy laws.

Weinstein, who has a home in Rockville, Md., was kidnapped in August 2011 from his residence in Lahore, Pakistan, just hours before he was scheduled to depart the country. Proof that he was still alive last came in a video posted in December 2013 on militant Islamist websites, the third showing him. In it, Weinstein could be seen eating at a table, upon which a selection of books had been placed. He said he was receiving medication for a heart condition.

Since then, the only public communication from his al-Qaida captors came in August in an online statement that urged the Weinstein family to pressure the U.S. government to negotiate for his release or risk "his dying a lonely death."

Interest in the case was revived this week when an anti-terrorist court in Wednesday ordered the execution of one of the alleged kidnappers, al-Qaida operative Hafiz Imran Younas. The court found Younas' guilty of terrorism, kidnap for ransom, and rmagnet with murderous intent, and said he should be hanged.

---

## WORLD BRIEFS

**▪ NIGERIA**
**VICTIMS' KIN SAY 2,000 KILLED IN 2 ATTACKS**

Islamist militant group Boko Haram attacked the town of Baga and the surrounding area, killing bodies littering the streets, an official said.

Unconfirmed estimates by victims' relatives put the death toll in and around Baga on Thursday and Jan. 3 as high as 2,000. Mass burials, the chairman of the government for the Kukawa district, said by phone.

The dead are "littered on the streets and surrounding bushes," said Maina, speaking from a camp in the city of Maiduguri, where people fled to after the attacks.

Nigeria's Islamic leader — the Sultan of Sokoto, Muhammad Sa'ad Abubakar — said Thursday that Muslims and Christians must come together to end the Islamist insurgency.

**▪ GERMANY**
**GOVERNMENT SITES ARE RACE ONLINE**

BERLIN — All of the German government's official websites were fully accessible a day after being taken offline in an apparent effort by hackers demanding that Berlin cease its financial and political support to the government in Ukraine.

**▪ SAUDI ARABIA**
**BLOGGER TO GET FIRST 20 OF 1,000 LASHES**

A blogger who was sentenced to 10 years in prison and 1,000 lashes will be publicly flogged Friday in Jiddah, a person close to his case said. Raif Badawi was sentenced this past November on charges related to accusations that he insulted Islam. Rights groups say his case is part of a clampdown on dissent. Amnesty International has said Badawi is in receive 50 lashes a week for 20 weeks.

In Washington, State Department spokeswoman Jen Psaki called the 1,000 lashes "inhumane."

**▪ EGYPT**
**PARLIAMENT VOTING TO START MARCH 21**

CAIRO — Egypt said long-delayed parliament elections will start March 21 and be staggered over seven weeks — the final step in a political roadmap put in place by the military after its ouster of the country's first democratically elected president in 2013. Egypt has been mired in turmoil since the 2011 uprising that ousted Hosni Mubarak. The country has been without a legislature for more than two years, after its last elected house was dissolved by a 2012 court ruling. Legislative powers have lately resided in the hands of president Abdel-Fattah el-Sissi, who was elected in June 2014.

MIAMI HERALD
WIRE SERVICES

---

**Legal Notice**

**If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement**

A proposed Settlement has been reached in a class action case regarding the advertisement promoting the goods and services of Burger King Corporation. The name of the case is Ana Cano-Diaz, et al. v. Burger King Corporation, Civil Action No. 14-cv-00621 (the "Litigation"), which is pending in the United States District Court for the District of Maryland.

[Long legal text continues in small print...]

*Our More Information call a Claim Form*
*Visit: www.BKFaxSettlement.com*
*Or Write: Settlement Administrator, P.O. Box 43501, Providence, RI 02940-3501*

---



## DONATE YOUR CAR
### Wheels For Wishes
*benefiting*
**MAKE-A-WISH**®
Southern Florida

✓ *Free Vehicle Pickup ANYWHERE*
✓ *We Accept All Vehicles Running or Not*
✓ *We also accept Trucks, RVs, SUVs & Boats*

**100% Tax Deductible**

**Call: (305) 692-0540**   WheelsForWishes.org



## SOBE
### GET TICKETS NOW
**FEBRUARY 19-22, 2015**

---



**synchrony** BANK

### Crystallize your savings plan.

**Two ways to save with optimizer⁺ᵖˡᵘˢ award-winning products.**

| Special Offer: 15-MONTH CD | HIGH YIELD SAVINGS |
|---|---|
| **1.20%** APY† | **1.00%** APY‡ |
| on balances of $2,000 or more | on all balances |

Call us at **1-800-753-6870** or
visit us at **myoptimizerplus.com**
to get started using promo code
**NEWS2014.**

**optimizer⁺ᵖˡᵘˢ**
*Great Rates, Safety, Peace of Mind*

FDIC

---



**» Get BIG RESULTS with Little Effort «**

### Participate in Our Local Virtual Career Event
*Go to www.VirtualCareerEvent.com/miami*

✓ No need to search through hundreds of jobs
✓ Quickly scan local, hiring employers and positions
✓ Convenient — Access from any location: Home, office, etc.
✓ Apply once and select the right employers to receive your information
✓ No registration required
✓ Fast, easy and effective

## a Virtual Career Event
Brought to you by:
**Miami Herald**
HerHerald.com

**January 18-31, 2015** | Go to www.VirtualCareerEvent.com/miami

Case 8:13-cv-00662-GJH   Document 99-1   Filed 04/01/15   Page 34 of 53

**DealB%k**

# Voices Join Greek Left's Call for a New Deal on Debt

By LANDON THOMAS Jr.

Many investors are worried that an election later this month may produce a new radical government in Greece.

Alexis Tsipras, the leader of an unruly band of left-of-center political parties, is favored to win on Jan. 25. He has a load of restructuring Greece's debt and ricking back harsh austerity measures, and has raised questions about the conduct and management of Greece's costly banks.

All of which has come as a shock to investors, who over the last year have piled into Greek bonds and banks, wagering that the country was primed to recover from a five-year debt crisis that wiped out a quarter of the country's gross domestic product.

The concern now is that Mr. Tsipras, in challenging Europe on these thorny issues, will force Greece to default and perhaps a messy exit from the euro — an event that could unleash a new wave of investor contagion.

Some analysts, however, are advancing an alternative view: that a radical new Greek government would not be that radical after all.

Jens Bastian, a financial analyst based in Athens, notes that Mr. Tsipras's core argument — that Greece's onerous debt is not sustainable and should be reduced — has also been put forward by one of Greece's larger creditors: the International Monetary Fund.

"It was the I.M.F. that kick-started the idea of restructuring Greece's debt with Europe," Mr. Bastian said. "Mr. Tsipras can say we are in line with the I.M.F. — we just want to talk to our European partners about the debt."

This is hardly a radical notion, Mr. Bastian argues.

Perhaps. But that also means that European taxpayers — particularly those in Germany — will have to absorb the full brunt of the haircut as the I.M.F., by tradition, does not allow its debts to be restructured.

Greece's official creditors in the eurozone hold 60 percent of the country's debt load of $370 billion euros. Private sector investors, whose bonds were restructured in 2012, hold just 15 percent. These investors range from around funds like Putnam Investments and Capital Group, which own the restructured bonds, to vulture funds that did not participate in the bond swap.

The I.M.F. and the European Central Bank make up the rest.

Yanis Varoufakis, an economist and adviser to Mr. Tsipras, says that a Tsipras-led government would not strike a private sector haircut a priority — in outcome that many foreign investors now fear.

Instead, Mr. Varoufakis proposes a grand bargain of sorts by which Europe agrees to exchange its current obligations for new Greek bonds that are linked directly to Greece's economy: if the economy grows, as it is expected in this year, bondholders receive a nice return; if it does not, the bonds pay nothing.

"We are turning Europe into a prison for growth as opposed to a game for austerity," Mr. Varoufakis said in a recent interview. "This fiscal waterboarding has to end."

Mr. Varoufakis is quick to add that such a plan does not signal a return to the days of government profligacy, and he says that the government will not suddenly abandon the many structural reforms Greece has put in place to secure €320 billion, or €286 billion, in loans since 2010.

An increasing number of economists have begun to argue that this tremendous friction of cash — 115 percent of Greece's total economy — has done little to help the country itself. According to an analysis by Moody's, a Greek-owned website, of this amount only 11 percent has been directed toward the Greek state. A majority was used to bail out Greece's creditors and its banks.

So Mr. Varoufakis is insistent in saying that what Greece — not to mention broader Europe — needs now is a huge public spending program, similar to the New Deal that helped lift the United States out of a depression in the 1930s.

And he has proposed using the European Investment Bank, which is owned by European Union member states, as the lead investor in this respect.

Persuading a divided Europe, hung up on balancing budgets and reducing debt, to support such a union borders on the hard of it. But even if you say, who makes sense as a starting point for a conversation that debt experts say can no longer be avoided.

Greece's debt, at 177 percent of G.D.P., is second only to Japan's. And while many of the measures on these issues have been extended 20 years into the future, so that Greece's actual interest rate burden has become fairly low, the


Alexis Tsipras, who heads the opposition Syriza party, is favored to win a Jan. 25 election in Greece. He has talked of restructuring the country's debt and rolling back austerity measures, causing alarm among some investors.

One economist proposes bonds whose return is linked to the economy.

overhang casts quite a pall, making it hard for the country to secure cheap long-term funds.

For such a swap to work, says Greek Rika, an investment banker who advises European governments on their debt strategies, two things need to happen: The debt reduction for Greece has to be large enough to make a difference and Germany has to be able to sell the deal to its taxpayers.

"Someone has to take some pain somewhere," Mr. Rika said.

For skeptics, this is the rich.

A growing number of hedge funds have started to establish short positions in Greek government bonds, betting that their prices will continue to fall. The view is that if European governments do agree to take a loss on their Greek loans, public pressure will demand that private sector bond investors share in the pain, even though their bonds were restructured in 2012 and their share of the total debt begins small.

"I can't see how the official sector will agree to a restructuring without also getting the private sector to share the burden," said David Zaheri of Toras Capital, who is currently betting that the five-year Greek bonds issued last year will experience a trimming of some sort.

Mr. Schäuble is not alone in his sentiments.

Israel with yields of just under 5 percent, the bonds now carry an interest rate of 13.5 percent; investors demand than an entate since Mr. Tsipras emerged as a potential Greek leader.

A victory for Mr. Tsipras is not guaranteed. Recent polls show his 4 percent lead over the governing party of Prime Minister Antonis Samaras to be narrowing, as Mr. Samaras and Europe leaders have warned ominously of Mr. Tsipras's radical bent.

"I am surprised to see these political interventions," said Mr. Bastian, the economist based in Athens. "Because they only speak little to what Mr. Tsipras has actually been saying since 2012."

### DealBook Online

**CUTS AT STANDARD CHARTERED**
Standard Chartered said on Thursday that it would close its unprofitable equity sales and research business, eliminating about 200 jobs in an effort to cut about $400 million in annual costs by 2016.
The cuts at Standard Chartered, a British bank that makes most of its money in Asia, follow a program announced in November to eliminate 4,000 jobs by the end of 2015, for an additional annual savings of $400 million.
The bank has been seeking to sell or close underperforming or ancillary units to bolster its profit by reducing costs, part of a restructuring announced last year.  — NEIL GOUGH

**HEDGE FUND'S WARNING** With investors speculating about Yahoo getting on a shopping spree, an activist hedge fund that has taken a position in the company, headed by Marissa Mayer, below, has again publicly declared its opposition to such a move.
In a public letter on Thursday, the hedge fund, Starboard Value, urged Yahoo to use more caution about its acquisition plans. Yahoo, however, should not include large acquisitions — the total value of recent acquisitions like CNN, the letter said.
Starboard, however, would approve of one particular deal: a reorganization of the old-line Internet company's assets.  — MICHAEL J. DE LA MERCED

**RESTRUCTURING CHANGES** Some of Wall Street's largest investors are playing a game of high-stakes poker in preparation for a big casino company's restructuring.
The wrangling is over Caesars Entertainment Operating Company, a unit of the heavily indebted casino conglomerate Caesars Entertainment. About a week before the operating company expects to file for Chapter 11 bankruptcy to restructure its debt, the parent company is trying to rally support among bondholders for a plan to restructure the bankruptcy process.
The parent company moved closer to its goal on Thursday, when Black-Rock, the giant asset manager, sold $550 million of first-lien bonds to investors who support the restructuring plan, according to people briefed on the matter who spoke of an issue of anonymity.  — WILLIAM ALDEN

nytimes.com/dealbook

---

# Debt Buyer Faces Fine and Loss Of Thousands of Court Judgments

From First Business Page

and federal and state to root out questionable debt collection practices that can mytie vulnerable borrowers just as they are trying to dig out from the financial crisis.

"We are pleased to have addressed and resolved the attorney general's concerns in a manner that supports consumers' interests," said Lisa Margolis-Rubin, a spokeswoman for Encore Capital, adding that the company was committed to "treating consumers fairly and with respect."

That commitment, she said, was demonstrated when it cleared "the attorney's first consumer bill of rights."

The settlement against Encore Capital, which is based in San Diego, is the latest in a series of enforcement actions. Mr. Schneiderman has brought against debt buyers. In May, he reached agreements with two other large buyers of stale consumer debt, the PRA Group in Norfolk, Va., and the Sherman Financial Group, based in New York. Under those deals, the companies agreed to notify judgments, wiped out or once than $16 million against New York residents.

Together, the settlements strike aims at the booming world of buying consumer debt, an industry that scoops up billions of dollars in long-overdue credit card bills, auto loans and other debt from lenders. The euros are vast. Between 2006 and 2009, the top nine debt buyers purchased $8 million consumer accounts valued at about $143 billion, according to the Federal Trade Commission.

While the total amount of bad debt has shrunk as the financial crisis recedes, one in seven adults in the United States is being pursued by debt collectors, according to the Federal Reserve Bank of New York.

To cite a payments on scores of that debt, buyers like Encore Capital often turn to the courts in a practice that some state authorities say effectively turns the civil court system into a debt collection arm. In New York State alone, according to a tally by Mr. Schneiderman's office, Encore Capital and its subsidiaries filed more than 238,000 lawsuits from 2009 to 2011.

Encore Capital collected $844.7 million in legal collections in 2013, according to a regulatory filing, up more than 45 percent from those in 2011. The PRA Group brought in roughly $243 million through legal collections in the last three months of 2013, up roughly 77 percent from a year earlier, according to a regulatory filing.

Some of these lawsuits delaying the courts are snared by errors, according to the interviews. A review by the New York Times of court records shows that some lawsuits include thickened credit card statements central to the borrowers stopped paying.

The concerns about erroneous documents recall those that arose after the 2008 mortgage crisis, when banks were accused of robo-signing — a process of producing sworn documents by the hundreds without reviewing them for accuracy.

Just as the mortgage foreclosure lawsuits, consumer debt collection cases often play out for from public view, consumer lawyers say, because borrowers seldom show up in court to contest the suits.

As a result, an estimated 95 percent of debt collection lawsuits result in default judgments against borrowers, an automatic victory for the debt buyers that enables them to garnishee consumers' wages or freeze bank ac-

State Attorney General Eric T. Schneiderman of New York is negotiating a settlement with the Encore Capital Group.

counts.

While some consumers deny that they owe money at all, more commonly, state authorities say, borrowers have fallen behind on their bills but dispute the size of the debts that they owe.

The problems, state prosecutors say, arise in the way that the debts change hands. When debt buyers purchase bundles of bad loans from lenders, they often receive scant information about the accounts. Critical information, the original account statements or payment histories, are sometimes either entirely.

To fill those gaps, some debt buyers produce affidavits that assert the accuracy of the amount filed. In a 2010 deposition, an employee of a large debt-buying company testified to signing roughly 2,000 affidavits a day.

Such hastily prepared documents are pervasive, prosecutors say. In the investigation against Encore, for example, Mr. Schneiderman's office found that employees signed affidavits without ensuring that the information was accurate. Working those affidavits, Encore won judgments against New York residents, according to settlement documents reviewed by the Times.

Facing over thousands of lawsuits, Mr. Schneiderman's office also examined cases where Encore Capital sued borrowers for debts that exceeded the statute of limitations. A patchwork of state laws imposes statutes of limitations, typically between three and seven years, that establish how long debt collectors have to file unexpected movement.

As part of its settlement, Encore Capital agreed to reform its collection practices, including alerting consumers about the statute of limitations governing debts.

## Echoes of foreclosure settlements among buyers of bad debt.



Legal Notice

---

**If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement**

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of the Burger King Corporation. The name of the case is Bais Yaakov of Spring Valley Group, Inc. v. Burger King Corporation, Case No. 14-cv-00463-JFB ("the Action") and is pending in the United States District Court for the District of Maryland.

**What is this lawsuit about?**
The lawsuit alleges that Burger King Corporation ("BKC") sent fax advertisements promoting its goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims and does not think the case is appropriate for a consumer to a class action.

**What are the terms of the Proposed Settlement?**
BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the incentive award of the Settlement to class representatives, and the costs of administering the Settlement Class and providing the Class Notice. The amount of the Cash Benefit paid to each eligible Settlement Class Member claim will depend on the number of valid Claims filed. You are a Settlement Class Member if you were sent one or more faxes advertising the goods or services of Burger King between January 1, 2009 and October 31, 2013.

**How can I get a payment?**
If you are a Settlement Class Member, you may be entitled to a Cash Benefit if you submit a valid Claim Form. Go to www.BurgerKingFaxSettlement.com to file a claim online or print a Claim Form and mail it to the settlement administrator. The claims deadline is March 9, 2015.

**What are my rights?**
If you do not file a Claim, or get money from the Settlement Fund. To receive payment you must complete and submit a Claim Form. Claim Forms can be submitted online or printed from the website at www.BurgerKingFaxSettlement.com.

If you do not want to be a member of this Class, you must exclude yourself. If you exclude yourself, you may not get a payment, but you retain the right to individually sue BKC. If you do not exclude yourself you will be bound by the settlement. To exclude yourself, you must submit a written request for exclusion to the Settlement Administrator, postmarked by March 9, 2015. Exclusion requests must be received by the Administrator no later than March 9, 2015.

If you are a member of the Class you can object to the Settlement. The objection deadline is March 9, 2015. You must submit a written objection to the Administrator postmarked no later than March 9, 2015.

**When will the Court decide whether to approve the Settlement?**
The Court will hold a Final Approval Hearing on April 23, 2015 at 9:30 a.m. to consider whether the proposed Settlement is fair, reasonable, and adequate. The Court's final consideration will include a review of the attorneys' fees and incentive award. At the Final Approval Hearing the Court will consider any objections submitted by Settlement Class Members. For More Information or a Claim Form, Go to www.BurgerKingFaxSettlement.com Or Write: Settlement Administrator, P.O. Box 43501, Providence, RI 02940-3501

32

New York Post, Friday, January 9, 2015    nypost.com

# A mixed bag for retailers

OK, good news first: Retailers got the gift of better-than-expected sales this holiday season.

The stronger sales led nearly half of the retailers that reported results on Thursday to raise their financial forecasts for the current quarter, including American Eagle Outfitters and Aeropostale, teen retailers that have been struggling.

December sales excluding newly opened or closed stores rose 5 percent.

On the other hand, Macy's plans to lay off of thousands of workers in response to changes in the way customers shop in stores and online, but staffing levels will remain level as it picks up staffing in other functions. Macy's will also close 14 stores, but open two others.

Meanwhile, J.C. Penney said that it will close about 40 stores this year and cut approximately 2,250 jobs.

*Post wires*



Apple CEO Tim Cook appearing on Capitol Hill last year.

# Apple: USA!

## Company said it has 'created' 1M+ US jobs

Apple, looking to counter criticism that it has created thousands of manufacturing jobs in Asia and not in the US, on Thursday reported its iPhones and other gadgets have created or nurtured 1.03 million jobs here at home.

Apps designed for iPhones and iPads have sparked the creation of more than 627,000 US jobs — while its spending in the US has resulted in another 334,000 jobs, it said.

On top of that, Apple has a payroll 66,000 people strong, it said.

In 2013, the latest figures available, customers spent more than $10 billion in the App Store. Apple touted its employment figures in advance of the Labor Depart-

ment releasing data Friday that may show private payrolls climbed by 228,000 workers last month, according to the median projection of economists.

Apple, which until the late 1990s made and assembled many products in the US, shifted manufacturing to Asia to take advantage of the region's lower labor costs.

As CEO Tim Cook faced criticism about the large numbers of people employed overseas by Apple's suppliers to build iPhones and iPads, he has worked in the past few years to boost US manufacturing and open domestic data centers.

For example, Apple invested more than $100 million to begin Mac Pro assembly in Austin, Texas.

*With Bloomberg*

Zuma Photos

---

**Legal Notice**

**If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement**

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of Burger King Corporation. The name of the case is *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662 (the "Litigation") and it is pending in the United States District Court for the District of Maryland.

**What is the lawsuit about?**

The lawsuit alleges that Burger King Corporation ("BKC") sent fax advertisements promoting its goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims, and denies that this case is appropriate for treatment as a class action.

**What are the terms of the Proposed Settlement?**

BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs. The Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs will be paid from the Settlement Fund prior to any distribution of Cash Benefits to the Settlement Class. Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). The Settlement Administrator will verify that the facsimile numbers for which Claimants seek recovery appear in the records related to this case before approving Claims. Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims to be paid out of the Settlement Fund exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a pro rata proportion. You can receive additional details regarding the proposed Settlement, including a copy of the Settlement Agreement, by visiting www.BKFaxSettlement.com or calling 1-877-595-0473.

**What are my rights?**

• You can make a Claim. In order to get money from the Settlement Fund. To receive payment, you must complete and submit a Claim Form. Claim Forms must be submitted electronically or postmarked by no later than March 9, 2015. Claim Forms are available at www.BKFaxSettlement.com.

• If you do not want to be a member of the Class, you must send a letter and ask to be excluded. Your request must be postmarked no later than March 9, 2015. If you do not exclude yourself, you agree never to sue BKC or any other Released Party in the future for the Released Claims covered by the Settlement Agreement. Released Claims include all TCPA claims and all claims arising out of the alleged sending of facsimiles.

• You can tell the Court if you want to object. If you want to object to this Proposed Settlement or some part of it if you do not exclude yourself. To object, you must file an objection with the Court no later than March 9, 2015. You may also hire your own lawyer, at your own cost, to speak for you.

A detailed Notice and the Claim Form are available at www.BKFaxSettlement.com or by writing the Settlement Administrator at the address below. The detailed Notice explains how to exclude yourself or comment on the case. It also explains what rights you are giving up if you stay in the Class.

**Will the Court Approve the Proposed Settlement?**

The Court will hold a Final Approval Hearing on April 15, 2015 at 9:30 a.m. to consider whether the proposed Settlement is fair, reasonable, and adequate. The Court will also consider the motion for attorneys' fees and expenses, and the Incentive Award to the Class Representative. If comments or objections have been received, the Court will consider them at that time.

For More Information and a Claim Form
Visit: www.BKFaxSettlement.com
Or Write: Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335

---

# Analyst: more Ocwen woe

**By KEVIN DUGAN**

Ocwen may be getting rid of Chairman Bill Erbey, but not its problems.

The embattled mortgage servicer could face an onslaught of "legal actions" from state and federal regulators this year after the company admitted to a slew of internal problems that led to the downfall of its founder and chairman, according to a research report.

The legal pressure could come from as many as 49 state regulators, the Con-

sumer Finance Protection Bureau and the monitor of the National Mortgage Settlement, Deutsche Bank analyst Ying Shen wrote in a Wednesday report.

Ocwen is the largest nonbank US mortgage servicer, with about $430 billion in loans, according to Shen.

The Deutsche Bank report follows the company's settlement with the New York Department of Financial Services last month, when it agreed to $150 million in fines and restitution, the installment of a new monitor and that founder

Erbey would step down from Ocwen and four other interrelated companies.

The settlement was a dramatic conclusion to a two-year investigation led by DFS Superintendent Ben Lawsky into unfair business practices, which included backdating letters to distressed mortgage holders, self-dealing within the related companies and pushing homeowners into foreclosure.

Erbey, 68, is expected to step down on Jan. 16.

Ocwen shares fell 1.1 percent, to $13.25, Thursday.

---

# Herbalife enlists big p.r. gun

**By MICHELLE CELARIER**

Herbalife, which is under renewed assault from hedge-fund nemesis Bill Ackman, has amped up its public-relations efforts, The Post has learned.

The diet-shake company hired crisis p.r. shop Sard Verbinnen, which represented Ackman's former short target, bond insurer MBIA, and is known for its work for high-profile clients facing serious legal problems, including Martha Stewart and

both of Bernie Madoff's sons.

Herbalife, which has taken more of its public-relations affairs in-house under former Washington insider Alan Hoffman, hired Sard shortly before the end of the year.

Hoffman, Joe Biden's former chief of staff, joined last summer as executive vice president of global corporate affairs.

Hiring Sard is a sign the battle with Ackman and regulators is intensifying, said a source familiar with the firm.

# CRIME REPORT

## *Alexandria*

These were among incidents reported by the Alexandria Police Department. For information, call 703-838-4636 or visit www.alexandriava.gov/police.

### ASSAULTS

**Cameron and N. Henry streets,** 3:05 a.m. Jan. 4. An assault was reported.

**Century Pl.,** 100 block, 12:06 p.m. Dec. 31. An assault was reported.

**Duke St.,** 4600 block, 1:15 p.m. Dec. 28. An assault was reported. An arrest was made.

**Dunster Ct.,** 5700 block, 9:50 p.m. Dec. 30. An assault was reported.

**Dunster Ct.,** 5700 block, 10:33 p.m. Dec. 30. An assault was reported.

**Henry St. N.,** 400 block, 1 a.m. Jan. 5. An assault was reported.

**King St.,** 100 block, 4:41 a.m. Jan. 1. An assault was reported.

**King St.,** 3300 block, 5:05 p.m. Jan. 6. An assault was reported.

**Park Center Dr.,** 2600 block, 1:17 a.m. Dec. 28. An assault was reported.

**Pickett St. S.,** 600 block, 8:57 p.m. Dec. 30. An assault was reported.

**Pitt St. S.,** 300 block, 6:14 p.m. Jan. 4. An assault was reported.

### ROBBERIES

**Monroe Ave. E.,** 400 block, 8:53 p.m. Dec. 31. A robbery at a business was reported.

### THEFTS/BREAK-INS

**Armistead St. N.,** 400 block, 8:56 a.m. Dec. 29. A theft was reported.

**Beauregard St. N.,** 1400 block, 1:56 p.m. Dec. 30. A theft was reported.

**Braddock Rd. E.,** 400 block, 4 p.m.

Dec. 31. A shoplifting incident was reported.

**Cameron Station Blvd.,** 200 block, 4:20 p.m. Dec. 31. A theft was reported.

**Duke St.,** 2700 block, 8:30 p.m. Dec. 29. A theft from a residence was reported.

**Duke St.,** 5700 block, 7:13 p.m. Dec. 29. A theft was reported. An arrest was made.

**Eisenhower Ave.,** 2000 block, 10:19 p.m. Dec. 26. A theft was reported.

**Fayette St. S.,** 600 block, 11:50 a.m. Jan. 4. Property was stolen from a vehicle.

**Glebe Rd. W.,** 800 block, 11:25 a.m. Dec. 30. A theft was reported.

**Henry St. N.,** 1200 block, 12:49 p.m. Jan. 6. A theft was reported.

**Hilltop Terr.,** 500 block, 11:31 a.m. Jan. 5. A theft was reported.

**Jefferson Davis Hwy.,** 2300 block, 11:23 a.m. Dec. 31. Property was stolen from a vehicle.

**Jefferson Davis Hwy.,** 2300 block, 2:24 p.m. Jan. 3. Property was stolen from a vehicle.

**Jefferson Davis Hwy.,** 2300 block, 4:10 p.m. Jan. 4. Property was stolen from a vehicle.

**Jefferson Davis Hwy.,** 3100 block, 4:05 p.m. Dec. 28. A theft was reported. An arrest was made.

**Jefferson Davis Hwy.,** 3100 block, 8:15 p.m. Dec. 31. A theft was reported.

**Jefferson Davis Hwy.,** 3600 block, 11:02 p.m. Dec. 29. A theft was reported.

**King St.,** 300 block, 12:33 p.m. Dec. 28. A theft was reported.

**King St.,** 700 block, 1:15 a.m. Dec. 28. A theft was reported.

**King St.,** 1600 block, 4:20 p.m. Dec. 29. A theft was reported.

**King St.,** 1900 block, 4:15 p.m. Dec. 31. A theft was reported.

**King St.,** 3500 block, 11:49 a.m. Dec. 31. A theft was reported.

**King St.,** 4300 block, 9 a.m. Dec. 31. A theft was reported.

**Mosby St.,** 2700 block, 5:13 p.m. Dec. 30. A theft was reported.

**Old Dominion Blvd.,** 3900 block, 8:56 p.m. Dec. 30. A property was entered. An arrest was made.

**Patrick St. S.,** 700 block, 4:17 p.m. Dec. 27. Property was stolen from a vehicle.

**Patrick St. N.,** 800 block, 2:40 p.m. Dec. 31. A theft was reported.

**Pocosin Lane,** 5200 block, 5:58 p.m. Dec. 31. A theft was reported.

**Stevenson Ave.,** 6300 block, 11:28 a.m. Dec. 29. A theft was reported.

**Swamp Fox Rd.,** 2900 block, 2:45 a.m. Dec. 26. A theft was reported.

**Valley Forge Dr.,** 5200 block, 11:52 a.m. Dec. 31. A theft was reported.

**Van Dorn St. S.,** 200 block, 9:31 p.m. Dec. 30. A theft was reported.

**Washington St. S.,** 1200 block, 1:40 p.m. Jan. 5. A theft was reported.

### MOTOR VEHICLE THEFTS

**Henry St. N.,** 1200 block, 12:49 p.m. Jan. 6. A vehicle was stolen.

**Patrick St. N.,** 800 block, 2:40 p.m.

Dec. 31. A vehicle was stolen.

**Spring St. E.,** 100 block, 1:49 p.m. Jan. 3. A vehicle was stolen.

### VANDALISM

**Armistead St. N.,** 400 block, 6:56 a.m. Dec. 29. Property was damaged.

**Holmes Run Pkwy.,** 5500 block, 2:03 p.m. Jan. 2. Property was damaged.

**Kenmore Ave.,** 4700 block, 12:18 p.m. Dec. 30. Property was damaged.

**King St.,** 800 block, 2:34 a.m. Dec. 28. Property was damaged.

**Mansion Dr.,** 300 block, 4:35 p.m. Dec. 31. Property was damaged.

**Park Center Dr.,** 3100 block, 11 a.m. Dec. 29. Property was damaged.

**Seminary Rd.,** 5000 block, 12:01 a.m. Dec. 28. Property was damaged.

**Taney Ave.,** 4300 block, 10:59 a.m. Dec. 30. Property was damaged.

## *Arlington*

These were among incidents reported by the Arlington County Police Department. For information, call 703-558-2222 or visit www.arlingtoncri.me.

### ASSAULTS

**Columbia Pike S.,** 2600 block, Jan. 1. An assault was reported.

**Courthouse Rd. S.,** 1200 block, Jan. 1. Two people fought.

**Dinwiddie St. S.,** 1400 block, Jan. 3. An assault was reported.

**Greenbrier St. S.,** 800 block, Dec. 31. An assault was reported.

**Greenbrier St. S.,** 800 block, Jan. 3. An assault was reported.

**Harrison St. N.,** 900 block, Jan. 4. An assault was reported.

**Henderson Rd. N.,** 4100 block, Jan. 3. An assault was reported.

**Irving St. N.,** 1100 block, Jan. 1. An assault was reported.

**Jefferson Davis Hwy. S.,** Jan. 1. An assault was reported.

**Oak St. N.,** 1800 block, Jan. 1. An assault was reported.

**Orme St. S.,** 900 block, Jan. 1. An assault was reported.

**Stuart St. N.,** 900 block, Jan. 1. An assault was reported.

**Washington Blvd. N.,** 3100 block, Jan. 1. An assault was reported.

**Yorktown Blvd. N.,** 5200 block, Dec. 31. An assault was reported.

**16th St. S.,** 3700 block, Jan. 1. An assault was reported.

### PEEPING TOM INCIDENTS

**Quinn St. N.,** 1800 block, 9:51 p.m. Jan. 4. A person was seen outside a bedroom window and fled when a resident went to the window.

### ROBBERIES

**23rd St. S.,** 400 block, 7:14 p.m. Jan. 2. Five juveniles entered a convenience store and stole beverages. One of them showed a knife and threatened a cashier.

### THEFTS/BREAK-INS

**Army Navy Dr. S.,** 800 block, Jan. 3. Property was stolen from a vehicle.

**Clarendon Blvd. N.,** 2100 block,

Jan. 5. Two thefts were reported.

**Clarendon Blvd. N.,** 2700 block, 4 p.m. Jan. 5 to noon Jan. 6. An attempt was made to enter a store's storage room.

**Columbia Pike S.,** 3600 block, Jan. 5. A theft was reported.

**Columbia Pike S.,** 5000 block, Jan. 3. A theft was reported.

**Columbia Pike S.,** 5200 block, 11 p.m. Jan. 2 to 4:57 a.m. Jan. 3. Cartons of cigarettes were stolen from a gas station entered by throwing a brick through a door's glass.

**Eads St. S.,** 1200 block, noon to 1 p.m. Jan. 2. Electronic items were stolen from a residence.

**Edgewood St. S.,** 400 block, Dec. 31. Property was stolen from a vehicle.

**George Mason Dr. N.,** 1600 block, Jan. 2. A theft was reported.

**Glebe Rd. N.,** 600 block, Jan. 4. Property was stolen from a vehicle.

**Glebe Rd. N.,** 700 block, Dec. 31. A theft was reported.

**Glebe Rd. N.,** 700 block, Jan. 2. A theft was reported.

**Glebe Rd. N.,** 700 block, Jan. 5. A theft was reported.

**Hayes St. S.,** 1000 block, Jan. 4. A theft was reported.

**Hayes St. S.,** 1100 block, Dec. 31. A theft was reported.

**Hayes St. S.,** 1100 block, Jan. 1. An employee theft was reported.

**Hayes St. S.,** 1100 block, Jan. 4. Two thefts were reported.

**Hayes St. S.,** 1100 block, Jan. 6. A theft was reported.

**Hayes St. S.,** 1100 block, Jan. 6. A property was entered.

**Hayes St. S.,** 1400 block, Jan. 4. A theft was reported.

**Jacksonville St. N.,** 800 block, Jan. 2. Property was stolen from a vehicle.

**Joyce St. S.,** 1600 block, Jan. 2. Property was stolen from a vehicle.

**Moore St. N.,** 1800 block, Jan. 2. A credit card was stolen.

**Moore St. N.,** 1700 block, Jan. 2. A property was entered.

**Nelson St. S.,** 2700 block, Jan. 6. Property was stolen from a vehicle.

**Orme St. S.,** 900 block, Jan. 6. A theft was reported.

**Quincy St. N.,** 500 block, Jan. 4. A theft was reported.

**Shirlington Rd. S.,** 2600 block, 4 p.m. Dec. 24 to 6:30 a.m. Jan. 2. Copper wire, power tools and light fixtures were stolen from a construction site.

**Walter Reed Dr. S.,** 1600 block, Jan. 6. License plates were stolen from a vehicle.

**Wilson Blvd. N.,** 1900 block, Jan. 5. Property was stolen from a vehicle.

**Wilson Blvd. N.,** 4200 block, Jan. 2. A theft was reported.

**Wilson Blvd. N.,** 4300 block, Jan. 2. A theft was reported.

**Eighth St. S.,** 3800 block, Jan. 5. A theft was reported.

**10th St. S.,** 5000 block, 7 a.m. Jan. 4 to 5 a.m. Jan. 5. Cash and electronics were stolen from a residence.

CRIME CONTINUED ON 26

**Legal Notice**

## If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of Burger King Corporation. The name of the case is *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662 (the "Litigation") and it is pending in the United States District Court for the District of Maryland.

**What is the lawsuit about?**

The lawsuit alleges that Burger King Corporation ("BKC") sent fax advertisements promoting its goods or services

in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims, and denies that this case is appropriate for treatment as a class action.

**What are the terms of the Proposed Settlement?**

BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs. The Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs will be paid from the Settlement Fund prior to any distribution of Cash Benefits to the Settlement Class. Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). The Settlement Administrator will verify that the facsimile numbers for which Claimants seek recovery appear in the records related to this case before approving Claims. Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims to be paid out of the Settlement Fund exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a pro rata proportion. You can receive additional details regarding the proposed Settlement, including a copy of the Settlement Agreement, by visiting www.BKFaxSettlement.com or calling 1-877-595-0473.

**What are my rights?**

• **You can make a Claim,** to get money from the Settlement Fund. To receive payment, you must complete and submit a Claim Form. Claim Forms must be submitted electronically or postmarked by no later than **March 9, 2015.** Claim Forms are available at www.BKFaxSettlement.com.

• **If you do not want to be a member of the Class,** you must send a letter and ask to be excluded. Your request must be postmarked no later than **March 9, 2015.** If you do not exclude yourself, you agree never to sue BKC or any other Released Party in the future for the Released Claims covered by the Settlement Agreement. Released Claims include all TCPA claims and all claims arising out of the alleged sending of facsimiles.

• You can tell the Court if you want to object to this Proposed Settlement or some part of it if you do not exclude yourself. To object, you must file an objection with the Court no later than **March 9, 2015.** You may also hire your own lawyer, at your own cost, to speak for you.

A detailed Notice and the Claim Form are available at www.BKFaxSettlement.com or by writing the Settlement Administrator at the address below. The detailed Notice explains how to exclude yourself or comment on the case. It also explains what rights you are giving up if you stay in the Class.

**When will the Court Approve the Proposed Settlement?**

The Court will hold a Final Approval Hearing on **April 15, 2015 at 9:30 a.m.** to consider whether the proposed Settlement is fair, reasonable, and adequate. The Court will also consider the motion for attorneys' fees and expenses, and the Incentive Award to the Class Representative. If comments or objections have been received, the Court will consider them at that time.

**For More Information and a Claim Form**
**Visit:** www.BKFaxSettlement.com
Or Write: Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335

# Conservative rebels trouble GOP-controlled Congress



**GETTING IT**
**BY TOM GRAY**

They say you only get one chance to make first impression, and right now. I'm a little worried about how the race Republicans in public in the House and Senate are coming off in the very first days of the 114th Congress.

If you'll permit me a short trip down Memory Lane, Tuesday's pomp and circumstance took me back to my first twenty-up as a member of the House in 2005. I vividly remember how our caucus leader, Rep. Bob Michel of Illinois, would now (proudly) to nearly every speech he gave that he was the "longest-serving minority leader" in history. Well, some of us that year were determined not to be in the minority much longer, and we had to back our leadership every step of the way to get what we wanted.

"Speaker John Boehner" and "Senate Majority Leader Mitch McConnell" have a real nice ring to them, but the bigger question is whether Republicans plan to do with the execute the votes handed them in November. I'm seeing some worrying signs already.

It was no surprise that some House conservatives showed their displeasure by voting against Mr. Boehner for speaker on Tuesday, but the size of the rebellion was a shock. Some 25 GOP representatives wouldn't vote for Mr. Boehner and my House friends tell me they were a little surprised they didn't get a few more votes. I know a little something extra being owes, and the speaker may owe it's fate to ready win to the fact that some 30 Democrats weren't in the chamber because they were attending

though no one should even understand the skill and the destiny of Mr. McConnell as a legislator and strategist. However the new majority leader decides to go after the White House, you can bet that Mr. Obama will never see it coming until it kills him.

Mr. McConnell can start preparing the political landscape for 2016 by forcing Senate Democrats to go far re-election to take a lot of votes they'd rather avoid. Those Democratic senators already saw the devastating impact of the 2014 cycle as — Senator X voted with President Obama 97 percent of the time" — and that might get much scarier than a few to stand up to the White House and help defeat the oncoming Obama vetoes.

But we already have Mr. McConnell promising not to do anything "scary" now that Republicans are in command, taking a governance shutdown off the table even before negotiations have begun with the White House. Even more unsettling are the comments of South Dakota Republican Sen. John Thune apparently providing cut to out of his trip, from the Department of Homeland Security to block the president's unconstitutional actions on amnesty for illegal immigrants. In the new Fox News interview, Mr. Thune even refused to rule out categorically a rise in the federal gas tax, at a time when so Republicans anywhere should be talking about adding any taxes.

If the Homeland Security plan is true, that would go against the explicit promise given to conservatives last year in the debate over the

abominable "Cromnibus" spending bill. House Republicans, already nervous about where their leaders are taking them, would be apoplectic.

Speaking more broadly, conservatives are worried that the Boehners, McConnells and Thunes of the party are not pushing back harder against the false media narrative that the message of the November vote was that Republicans should "govern responsibly" and "find common ground" with the president to "get things done."

Totally false! The message was loud, clear and simple: Stop President Obama and this left-ish socialist/anti-Constitution/big government philosophy in its tracks. Mr. Boehner in his last speech as the new House school of building the Keynesian pipeline, restoring the 40-hour workweek standard and helping veterans.

All very nice, but the voters just demanded bigger vision — repealing Obamacare, reining back the immigration amnesty, balancing the budget, restoring the sensible welfare reforms we passed in the 1990s and that this president has totally gutted.

The House and Senate Republicans plan a joint retreat Jan. 14 and 15 in Pennsylvania to compare notes and plan their strategy for the next two years. If they don't emerge with a real agenda that conservatives can rally behind, the "fervent" may hear a lot longer than two days.

• Tom Gray, a former congressman from Texas and House majority leader from 2003 to 2005, writes a weekly column for The Washington Times and WashingtonTimes.com.

---

## CALIFORNIA

# Boxer announces retirement for 2016

### End of era for liberal Californian

*By Seth McLaughlin*
THE WASHINGTON TIMES

Sen. Barbara Boxer, California Democrat, announced Thursday she will not seek re-election in 2016, ending a combative career that saw her become one of the country's chief progressive champions.

Mrs. Boxer's exit will mark the beginning of a new chapter in California politics, opening up a Senate seat in the state for the first time in 24 years.

"I am never going to retire. The work is too important. But I will not be running for the Senate in 2016, I'm going to continue working on the issues I love," she said in a YouTube video. "I'm going to continue working on the issues I love."

The announcement promises to shake up the political landscape in California, where the Hispanic and Latino electorate has ballooned since Mrs. Boxer and Sen. Dianne Feinstein, a fellow Democrat, first took office in 1992.

"It is the end of an era" said Kathleen Ronald-Johnson, professor of public policy and political science at the University of California.

The careers of two more Democratic icons are also winding down. In 2016 Gov. Jerry Brown will be termed out of office, as Mrs. Feinstein would likely then act to end Feinstein likely decide to seek another term.

Whatever the case, Mr. Ramakrishnan said Republicans face an uphill battle winning Mrs. Boxer's seat, because California has swung more Democratic during her tenure, that it is large part to the state's changing demographics.

The 2016 Senate race will be the first for a vacant Senate seat since Hispanics became the single biggest ethnic group in California.

Bruce E. Cain, professor of political science at Stanford University, said the Boxer announcement could open the door for the likes of former Los Angeles Mayor Antonio Villaraigosa, Attorney General Kamala Harris and Lt. Gov. Gavin Newsom to seek the seat.

"This will unleash the pent-up demand in younger generations of politicians in California," Mr. Cain said.

Los Angeles Mayor Eric Garcetti said Thursday he will not seek Mrs. Boxer's seat. Meanwhile, some say "Sen. Soyer," the investor behind Marcos Climate and Leaf backer of such green causes as opposition to the Keystone XL pipeline, could be enticed into running.

"It is a tough transition to make, and he has been warned about this, but he has been surging the country and working on his public persona, so we will see," Mr. Cain said. "The California political landscape is strewn with the political corpses of rich, independent candidates who'd rather have what it takes to handle the rigors and scrutiny of public office and then find out otherwise. And than there are the egos of these people."

As for Republicans, Mr. Cain raised the prospect of former Gov. Arnold Schwarzenegger running, and said the GOP's best bet of seizing the seat hinges on Democrats consolidating each other.

"If the Republicans want a shot, they should clear the field, let the Democratic candidates assemble in a circular firing squad and watch the bodies fall. This will guarantee a Republican in the final election and potentially a divided Democratic Party," he said.

Others expressed doubt that either

Carly Fiorina, the former Hewlett-Packard CEO who failed to unseat Mrs. Boxer in the 2010 Senate race, or that Meg Whitman, who lost to Mr. Brown in the gubernatorial race in 2010, won't run.

Shawn Steel, an RNC member from California, pointed to an article that cast Charles Munger Jr., vice chairman of the Berkshire Hathaway Corporation, as the GOP's best bet of flipping the seat.

Linda Ackerman, an RNC member from California, said that Da'Sat backer, a former state GOP chairman, are out a "voice of interest" in running for the seat, though she said her campaign would likely be done the timely thing of interested in it.

She also said that Neel Kashkari, who ran against Mr. Brown in the November election, might run, and that people should keep a close eye on U.S. House Majority Leader Kevin McCarthy.

"The election in 2018, so that gives him some time to show his leadership

skills in the House and, of course, his new position will give him a lot of face time in the media market, so his name ID will certainly be expanded," Ms. Ackerman said.

Meanwhile, the National Republican Senatorial Committee, the campaign arm of GOP senators, said Mrs. Boxer's retirement could be the first of many now that Democrats are in the minority.

"Today's news raises the question whether there will be additional Democratic Senate retirements on the horizon" said Andrea Bozek, NRSC communications director. "Senate Democrats are already $20 million in debt, and Senator Boxer's retirement can't be welcome news for the DSCC, [which] has to defend a costly and hotly contested open seat."

California has a top-two primary system — which voters approved in 2010 — in which there is a nonpartisan primary and after which all must run, with the top two vote-getters advancing to the general election.

---

"I am never going to retire. The work is too important. But I will not be running for the Senate in 2016. I'm going to continue working on the issues I love."

— Sen. Barbara Boxer, California Democrat



---

## CONGRESS

# Senate passes terrorism risk insurance bill

*By Steven Dinan*
THE WASHINGTON TIMES

It took just two days for the new Senate to leave former Sen. Tom Coburn's legacy behind, quickly passing a terrorism insurance bill that the Oklahoma Republican had single-handedly blocked last year.

The bill renewed the Terrorism Risk Insurance Act, which expired at the end of last year after Mr. Coburn launched a one-man opposition effort, objecting to one specific part of the measure that creates a national registry for insurance agents.

It passed the Senate on a 93-4 vote, after clearing the House a day earlier 416-5, ending the first chapter of legislation to clear in the new Congress on President Obama's desk.

"TRIA has become essential to job-creating construction projects across the country. With the removal of TRIA, we can be assured that development projects can move forward," said Sen. Charles E. Schumer, a New York Democrat who helped forge the compromise, fighting off efforts from both the right and left.

Senators were conscious of the absence of Mr. Coburn, who retired at the end of the last Congress, citing his second brain surgery in two years when he decided to move his retirement up a few months.

In his final session in Congress, he still has to stopping the terrorism bill. Mr. Coburn singled-handedly blocked an energy conservation bill and killed another measure expanding sick leave designed to stop veterans' suicides, but which he said it only duplicated existing VA programs at a cost of millions of taxpayer dollars.

With his gone, his former GOP colleagues, who now control both chambers, moved quickly on the two-tier legislation, which saw the federal government up its financial backstop for companies that insure against a terrorist attack. Backers say major projects could stall without the over rise.

Sen. Harry Reid, who was majority leader of the chamber last year when Democrats had control and who blocked the Coburn-backed anti-implement measures Thursday after the Senate passed the bill. He blamed "one Republican senator" unnecessarily held "of last year for imposing economic uncertainty on the economy.

"I am glad that with today's renewal of TRIA cities like Las Vegas will now be able to expand their economies and build with confidence," said Mr. Reid.

Critics argue that the terrorism insurance program should lapse, saying it doesn't make sense to put taxpayers on the hook for private projects. They also predicted that if a terrorist attack did occur, Congress would step in with assistance after the fact anyway.

The terrorism bill violated budget rules, and any senator could have demanded a budget-busting vote, but none of them did.

"Within hours of being sworn in, the new Republican Congress rang up billions of dollars in new mandatory spending by rubber-stamping this TRIA bill," said Senator Coburn aide. "Not a single conservative senator offered an amendment, raised a budget point of order or used any other available procedural tool to stand up for taxpayers."

Sen. Elizabeth Warren, Massachusetts Democrat, led a push to amend the bill by try to strip out provisions that exempt firms and some other businesses from a collateral requirement in the Dodd-Frank financial reform law, passed in the wake of the 2008 Wall Street collapse. Ms. Warren only mustered 30 fellow members of the Democratic caucus for her effort.

She ended up voting against the final bill, as did Sen. Maria Cantwell, Washington Democrat, Sen. Bernard Sanders, Vermont independent, and Sen. Marco Rubio, Florida Republican.

Brooke Sammon, Mr. Rubio's spokeswoman, said the senator believed the program "has become just another big expensive welfare handout."

"Senator Rubio had hoped that more would be done to reform this program and allow the private market to evolve," she said.

---

**Legal Notice**

**If an Unsolicited Fax Advertisement Promoting Burger King Was Attempted to Your Fax Number You May Benefit From a Proposed Class Action Settlement**

A proposed Settlement has been reached in a class action case regarding fax advertisements promoting the goods and services of Burger King Corporation. The name of the case is *Ray-Paige Facility Group, Inc. v. Burger King Corporation*, C.D.A. Action No. 13-cv-00662 (the "Litigation") and is pending in the United States District Court for the District of Maryland.

**What is the lawsuit about?**
The lawsuit alleges that Burger King Corporation ("BKC") sent fax advertisements promoting the goods or services in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. BKC denies these claims, and denies that this case is appropriate for treatment as a class action.

**What are the terms of the Settlement?**
BKC has agreed to pay a total settlement amount of $8,500,000.00, which will be used to create a Settlement Fund to pay Cash Benefits to Settlement Class Members, the Attorneys' Fees and Costs awarded by the Court, the Incentive Award and the Settlement Administration Costs. [...]

**Who is included?**
[...] details of the Settlement Class [...]

**What are my rights?**
[...] You can make a Claim, object to the Settlement Fund, or exclude yourself [...]

**When are my deadlines?**
[...]

**When will the Court decide whether to approve the Settlement?**
The Court will hold a Final Approval Hearing on April 16, 2015 at 9:30 a.m. [...]

For More Information and a Claim Form
Visit: www.BKFaxSettlement.com
Or Write: Jane Doe Settlement Administrator, P.O. Box 43336, Providence, RI 02940-3336



**NINA'S DANDY**

The Ship for all Seasons,
The Ship for all Reasons.

Gourmet Dining, Dancing and an Unparalleled View of our Nation's Majestic Monuments.

*"Day or Night, Rain or Shine," Year-Round,
Climate-Controlled, Standing on Beautiful Historic Old Town Alexandria. Only 15 minutes from DC and 10 minutes from National Harbor.*

Reservations: (703) 683-6076
dandy@dandydinnerboat.com
www.dandydinnerboat.com

# Exhibit I

<u>LEGAL NOTICE</u>

IF YOU RECEIVED AN UNSOLICITED
FACSIMILE ADVERTISEMENT FROM
BURGER KING CORPORATION, YOU
COULD RECEIVE A PAYMENT FROM
A CLASS ACTION SETTLEMENT.

*A Federal Court authorized this notice.*
*This is <u>not</u> a solicitation from a lawyer.*

**1-877-595-0473**

**www.BKFaxSettlement.com**

*Si usted recibió un anuncio no solicitado por fax*
*de Burger King Corporation, podría recibir un*
*pago de un arreglo de acción de clase.*

*Si desea recibir esta notificación en español,*
*visite nuestra página web o llámenos.*

# BKJ

**Burger King Fax Class Action**
**Settlement Administrator**
P.O. Box 43335
Providence, RI 02940-3335

| First-Class |
| Mail |
| US Postage |
| Paid |
| Permit # |

«Barcode»
Postal Service: Please do not mark barcode

Claim #: BKJ -«ClaimID» «MailRec»

«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «ST» «Zip»
«Country»

---

## PROOF OF CLAIM FORM

*Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662

Complete and return this Proof of Claim Form to receive a payment from the Settlement Fund. Only one Claim Form is permitted per fax number. You do not need to know the exact number of faxes received. The faxes you received are almost entirely reflected in records from the case.

1.    VERIFY FAX NUMBER: «FaxNumber»:

2.    Certify the following statement: I was the user or owner of the telephone facsimile number listed above.

YES ☐    NO ☐

The records in this case indicate that there were «Attempts» faxes attempted to your business. By returning this Claim Form, you will be eligible for up to «EstAward» in compensation. If you believe you were sent more faxes than the records reflect, please identify the number of faxes that you believe you received: _____ .

I certify that the foregoing statements are true to the best of my knowledge.  I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

Signature: _____

Print Name: _____

Date (mm/dd/yyyy): _____

Address (if different from front address): _____

    BKJPOC1 

An $8.5 million settlement has been reached with Burger King Corporation in a class action lawsuit claiming it sent violated the Telephone Consumer Protection Act (TCPA) by sending or attempting to send advertisements via facsimile without the consent of the recipients and without including certain opt-out language required by the TCPA. Burger King Corporation denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

**Who is Included?** The settlement includes all persons or entities within the United States to whom Burger King Corporation sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014.

**What Can You Get?** Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a *pro rata* proportion.

**How can I get a payment?** Confirm that the fax number listed on the Claim Form portion of this postcard is your fax number, complete the information requested, sign, and mail the Claim Form by **March 9, 2015.** Claims may also be submitted electronically at www.BKFaxSettlement.com, by mail to Burger King Fax Class Action Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335, or by email to Admin@BKFaxSettlement.com. Claims may not be submitted by telephone. The Settlement Administrator, Class Counsel and Burger King Corporation each have the right to verify claims.

**Your Options.** If you do nothing, you will be bound by the Settlement and you will give up the right to sue Burger King Corporation and related parties separately for the legal claims in this case and released by the Settlement. If you don't want to be legally bound by the Settlement, you must exclude yourself (or opt-out) by **March 9, 2015.** Unless you exclude yourself, you and your respective assigns, heirs, executors, administrators, successors and agents won't be able to sue Burger King Corporation and their related and released parties for any claim asserted in this lawsuit or released by the Settlement Agreement. If you don't exclude yourself from the Settlement, you may object to it and notify the Court that you or your lawyer intends to appear at the hearing. Objections and Notices of Intent to Appear must be postmarked by **March 9, 2015.** More information is available at www.BKFaxSettlement.com.

The Court will hold a hearing on **April 15, 2015** to consider whether to approve: the settlement as fair, reasonable and adequate; attorneys' fees and expenses of up to $2,805,000 (one-third of the Settlement Fund); and a $15,000 payment to the Class Representative (Jay Clogg Realty Group, Inc.).

BKJ



PLACE

STAMP

HERE

BURGER KING FAX CLASS ACTION
SETTLEMENT ADMINISTRATOR
PO BOX 43335
PROVIDENCE RI 02940-3335

# Exhibit J

LEGAL NOTICE

# IF YOU RECEIVED AN UNSOLICITED FACSIMILE ADVERTISEMENT FROM BURGER KING CORPORATION, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*A federal court authorized this notice.*
*This is not a solicitation from a lawyer.*

## 1-877-595-0473
## www.BKFaxSettlement.com

*Si usted recibió un anuncio no solicitado por fax de Burger King Corporation,*
*podría recibir un pago de un arreglo de acción de clase.*
*Si desea recibir esta notificación en español, visite nuestra página web o llámenos.*

An $8.5 million settlement has been reached with Burger King Corporation in a class action lawsuit claiming it violated the Telephone Consumer Protection Act (TCPA) by sending or attempting to send advertisements via facsimile without the consent of the recipients and without including certain opt-out language required by the TCPA. Burger King Corporation denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

**Who is Included?** The settlement includes all persons or entities within the United States to whom Burger King Corporation sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014.

**What Can You Get?** Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a *pro rata* proportion.

**How can I get a payment?** Confirm that the fax number listed on the Claim Form portion of this postcard is your fax number, complete the information requested, sign, and mail the Claim Form by **March 9, 2015**. Claims may also be submitted electronically at www.BKFaxSettlement.com, by mail to Burger King Fax Class Action Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335, or by email to Admin@BKFaxSettlement.com. Claims may not be submitted by telephone. The Settlement Administrator, Class Counsel and Burger King Corporation each have the right to verify claims.

**Your Options.** If you do nothing, you will be bound by the Settlement and you will give up the right to sue Burger King Corporation and related parties separately for the legal claims in this case and released by the Settlement. If you don't want to be legally bound by the Settlement, you must exclude yourself (or opt out) by **March 9, 2015**. Unless you exclude yourself, you and your respective assigns, heirs, executors, administrators, successors and agents won't be able to sue Burger King Corporation and their related and released parties for any claim asserted in this lawsuit or released by the Settlement Agreement. If you don't exclude yourself from the Settlement, you may object to it and notify the Court that you or your lawyer intends to appear at the hearing. Objections and Notices of Intent to Appear must be postmarked by **March 9, 2015**. More information is available at www.BKFaxSettlement.com.

The Court will hold a hearing on **April 15, 2015** to consider whether to approve: the settlement as fair, reasonable and adequate; attorneys' fees and expenses of up to $2,805,000 (one-third of the Settlement Fund); and a $15,000 payment to the Class Representative (Jay Clogg Realty Group, Inc.).

BKJRMF1

**BKJ**

Claim #: BKJ-«ClaimID»   «MailRec»               **Fax Number:**          «FaxNumber»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST» «Zip»
«Country»

## PROOF OF CLAIM FORM

*Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662

Complete and return this Proof of Claim Form to receive a payment from the Settlement Fund. Only one Claim Form is permitted per fax number. You do not need to know the exact number of faxes received. The faxes you received are almost entirely reflected in records from the case.

1. VERIFY FAX NUMBER: _____

2. Certify the following statement: I was the user or owner of the telephone facsimile number listed above.

YES  ☐    NO  ☐

The records in this case indicate there were   «Attempts» faxes attempted to your business.   By returning this Claim Form, you will be eligible for up to «EstAwardAmount» in compensation. If you believe you were sent more faxes than the records reflect, please identify the number of faxes that you believe you received: _____

I certify that the foregoing statements are true to the best of my knowledge.  I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

**Signature:** _____

**Print Name:** _____

**Date (mm/dd/yyyy):** _____

**Address (if different from above):** _____

_____

*Jay Clogg Realty Group, Inc. v. Burger King Corporation* **Settlement Administrator**
P.O. Box 43335
Providence, RI 02940-3335

«ClaimID»          BKJRMF1



# Exhibit K

**KCC Class Action Services**
Exclusion Report
4/1/2015

### Count: 4

| Control # | Name |
|-----------|------|
| 10029843601 | CONSULATE GENERAL OF PORTUGAL |
| 10029844801 | CONSULATE GENERAL OF PORTUGAL |
| 10054611001 | HONORABLE PETER R LOPEZ |
| 10074773501 | MITCHELL & TITUS LLP |

**From:**      Consulado Geral de Portugal em Nova Iorque


**Sent:**      Monday, March 09, 2015 5:00 PM
**To:**        #NA KCC NOVR BK Fax Settlement
**Subject:**   Jay Clogg REalty  Group, Inc. v Burguer King Corporation, Civil
               Action No 13-cv-00662

**Importance:**     High

**DayReceived:**    20150309
**IndexNo:**        1000048

Dear Settlement Administrator

Please Notice that the Consulate General of Portugal has no claim and requests to be excluded
from the above mentioned action, refusing any further notifications.

CONSULADO GERAL DE PORTUGAL

```
CONFIDENCIAL NOTICE:
This message, as well as any existing attached files, is confidential
and intended exclusively for the individual(s) named as addressees. If
you are not the intended recipient, you are kindly requested not to
make any use whatsoever of its contents and to proceed to the
destruction of the message, thereby notifying the sender.
DISCLAIMER:
The sender of this message can NOT ensure the security of its
electronic transmission and consequently does not accept liability for
any fact, which may interfere with
```

Burger King Fax Class Action Settlement Administrator
P.O. Box 43335
Providence, RI 02940-3335

# BKJ

052438

Fax Number: ▮▮▮▮▮▮▮



Claim #: BKJ-10054611001 54511
HONORABLE PETER R LOPEZ
▮▮▮▮▮▮▮▮▮▮▮▮

### PROOF OF CLAIM FORM

*Jay Clogg Realty Group, Inc. v. Burger King Corporation,* Civil Action No. 13-cv-00662

| For Official Use Only |

TO: HONORABLE PETER R LOPEZ:

To receive a payment from the Settlement Fund you must complete and return this Proof of Claim Form ("Claim Form"). IMPORTANT NOTE: You <u>must</u> return this Claim Form to receive payment even if a Notice was mailed to you and the address printed on the outside of the Notice is correct.

Please complete the Claim Form, sign it and return it by one of the following methods:

1.  By e-mail to the Administrator at Admin@BKFaxSettlement.com no later than midnight, U.S. Eastern Standard Time, on March 9, 2015. If you use e-mail, you must send the Claim Form in a format that includes a legible signature.

2.  By mail to the Administrator, postmarked no later than **March 9, 2015**, at the following address:

     Burger King Fax Class Action Settlement Administrator
     P.O. Box 43335, Providence, RI 02940-3335

NOTE:  Only one Claim Form is permitted per fax number.

3.  In addition, you must certify the following statements:

I was the user or owner of the telephone facsimile number listed above.

YES ☒         NO ☐

Number of faxes that you claim were sent to you: *don't know*

I certify that the foregoing statements are true to the best of my knowledge.  I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

Signature: _____

Print Name: *Peter R. Lopez*

Date (mm/dd/yyyy): 02/11/2015

Address (if different from above address): _____



10054611001        221197_DOM/052438/157312        BKJPOC1



CIRCUIT COURT
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

PETER R. LOPEZ
CIRCUIT JUDGE


DADE COUNTY COURTHOUSE

February 23, 2015

Burger King Fax Class Action
Settlement Administrator
P.O. Box 43335
Providence, RI 02940-3335

    Re:  Request for Exclusion, Jay Clogg Realty Group. Inc., v. Burger King Corporation,
       Civil Action No. 13-cv-00662

Dear Sirs:

    Please treat this letter as my request to be excluded from the settlement reached in the above-captioned matter. On or about February 11, 2015 I submitted a purported proof of claim form a copy being attached hereto attesting to the fact that I was the owner or user of the fax number listed on this claim. Just recently I received another proof of claim postcard which sets for the dates of the claim as between March 1, 2009 through November 17, 2014. Those dates were not listed on the prior notification.

    I was the user of the above-mentioned fax from roughly January, 2003 through January, 2006, while assigned to the Civil Division. Those dates do not fit within the class definition. Accordingly, I wish to withdraw my proof of claim and to be excluded from any settlement in this matter.

    My apologies for any confusion. If further information is desired I can be reached at ▮▮▮
▮▮▮

Very truly yours,

PETER R. LOPEZ
CIRCUIT COURT JUDGE

An $8.5 million settlement has been reached with Burger King Corporation in a class action lawsuit claiming it sent violated the Telephone Consumer Protection Act (TCPA) by sending or attempting to send advertisements via facsimile without the consent of the recipients and without including certain opt-out language required by the TCPA. Burger King Corporation denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

**Who is Included?** The settlement includes all persons or entities within the United States to whom Burger King Corporation sent, attempted to send, or caused to be sent (or attempted) one or more unsolicited facsimile advertisements promoting its goods or services from March 1, 2009 to November 17, 2014.

**What Can You Get?** Settlement Class Members who submit Approved Claims shall be entitled to receive a maximum Cash Benefit of up to $500 per facsimile received, up to a maximum of eight facsimiles (up to $4,000). Multiple subscribers to, and/or owners or users of, the same facsimile machine and/or number will be entitled to a single recovery per facsimile. In the event that Approved Claims exceed the available cash in the Settlement Fund, all Cash Benefits will be reduced in a *pro rata* proportion.

**How can I get a payment?** Confirm that the fax number listed on the Claim Form portion of this postcard is your fax number, complete the information requested, sign, and mail the Claim Form by **March 9, 2015**. Claims may also be submitted electronically at www.BKFaxSettlement.com, by mail to Burger King Fax Class Action Settlement Administrator, P.O. Box 43335, Providence, RI 02940-3335, or by email to Admin@BKFaxSettlement.com. Claims may not be submitted by telephone. The Settlement Administrator, Class Counsel and Burger King Corporation each have the right to verify claims.

**Your Options.** If you do nothing, you will be bound by the Settlement and you will give up the right to sue Burger King Corporation and related parties separately for the legal claims in this case and released by the Settlement. If you don't want to be legally bound by the Settlement, you must exclude yourself (or opt-out) by **March 9, 2015**. Unless you exclude yourself, you and your respective assigns, heirs, executors, administrators, successors and agents won't be able to sue Burger King Corporation and their related and released parties for any claim asserted in this lawsuit or released by the Settlement Agreement. If you don't exclude yourself from the Settlement, you may object to it and notify the Court that you or your lawyer intends to appear at the hearing. Objections and Notices of Intent to Appear must be postmarked by **March 9, 2015**. More information is available at www.BKFaxSettlement.com.

The Court will hold a hearing on April 15, 2015 to consider whether to approve: the settlement as fair, reasonable and adequate; attorneys' fees and expenses of up to $2,805,000 (one-third of the Settlement Fund); and a $15,000 payment to the Class Representative (Jay Clogg Realty Group, Inc.).

BKJ



PLACE

STAMP

HERE

BURGER KING FAX CLASS ACTION
SETTLEMENT ADMINISTRATOR
PO BOX 43335
PROVIDENCE RI 02940-3335

## LEGAL NOTICE

IF YOU RECEIVED AN UNSOLICITED
FACSIMILE ADVERTISEMENT FROM
BURGER KING CORPORATION, YOU
COULD RECEIVE A PAYMENT FROM
A CLASS ACTION SETTLEMENT.

*A Federal Court authorized this notice.*
*This is not a solicitation from a lawyer.*

1-877-595-0473

www.BKFaxSettlement.com

*Si usted recibió un anuncio no solicitado por fax*
*de Burger King Corporation, podría recibir un*
*pago de un arreglo de acción de clase.*

*Si desea recibir esta notificación en español,*
*visite nuestra página web o llámenos.*

**BKJ**

**Burger King Fax Class Action**
**Settlement Administrator**
P.O. Box 43335
Providence, RI 02940-3335

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 628



Postal Service: Please do not mark barcode

Claim #: BKJ-10054611001 - 53444

Honorable Peter R Lopez

---

## PROOF OF CLAIM FORM

*Jay Clogg Realty Group, Inc. v. Burger King Corporation*, Civil Action No. 13-cv-00662

Complete and return this Proof of Claim Form to receive a payment from the Settlement Fund. Only one Claim Form is permitted per fax number. You do not need to know the exact number of faxes received. The faxes you received are almost entirely reflected in records from the case.

1.   VERIFY FAX NUMBER: █████████

2.   Certify the following statement: I was the user or owner of the telephone facsimile number listed above.

   YES ☐   NO ☐

The records in this case indicate that there were 4 faxes attempted to your business.  By returning this Claim Form, you will be eligible for up to $2,000.00 in compensation.  If you believe you were sent more faxes than the records reflect, please identify the number of faxes that you believe you received: _____

I certify that the foregoing statements are true to the best of my knowledge.  I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

Signature: _____

Print Name: _____

Date (mm/dd/yyyy): _____

Address (if different from front address): _____

   10054611001   BKJPOC1   

PETER R. LOPEZ
CIRCUIT JUDGE
DADE COUNTY COURTHOUSE



MIAMI FL 331

24 FEB 2015 PM 6 L

RECEIVED
FEB 27 2015
BY: ......................

Burger King Fax Class Action
Settlement Administrator
P.O. Box 43335
Providence, RI 02940-3335

02940333535

 **Mitchell &Titus** 

Burger King Fax Class Action Settlement Administrator
PO Box 43335
Providence, RI 02940-3335

February 3, 2015

To Whom It May Concern:

Please exclude Mitchell & Titus, LLP from *Jay Clogg Realty Group Inc. v. Burger King Corporation* , C.A. No. 13-cv-00662 (D. Md.).

Best Regards,

Alexander C. Haggis
Controller

Mitchell & Titus, LLP



**Mitchell &Titus**

NEW YORK
NY 100
09 FEB '15



US POSTAGE  PITNEY BOWES

BURGER KING FAX CLASS ACTION SETTLEMENT ADMINISTRATOR

P.O. Box 43335

PROVIDENCE, RI

02940—3335

02940333535

FE812 15 i@